Alexander A. Berengaut*
Megan A. Crowley*
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
aberengaut@cov.com
mcrowley@cov.com
*pro hac vice application forthcoming

Rob Cameron
Nathan D. Bilyeu
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com
nbilyeu@jmgattorneys.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| TIKTOK INC., | )<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No. _____ |
| v. | )<br>) |
| AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, | ) **PLAINTIFF'S CORPORATE**<br>) **DISCLOSURE STATEMENT**<br>)<br>)<br>) |
| Defendant. | )<br>) |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff TikTok Inc. respectfully provides the following:

TikTok Inc. is a wholly owned subsidiary of TikTok LLC, which is a wholly owned subsidiary of TikTok Ltd. TikTok Ltd. is a wholly owned subsidiary of ByteDance Ltd. ByteDance Ltd. is a privately held corporation. No publicly held corporation owns 10% or more of the stock of TikTok Inc.

Dated: May 22, 2023

Respectfully Submitted,

Rob Cameron
Nathan D. Bilyeu
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com
nbilyeu@jmgattorneys.com

Alexander A. Berengaut*
Megan A. Crowley*
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
aberengaut@cov.com
mcrowley@cov.com
*pro hac vice application forthcoming

*Attorneys for Plaintiff*