Rob Cameron
Nathan D. Bilyeu
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com
nbilyeu@jmgattorneys.com

Alexander A. Berengaut*
Megan A. Crowley*
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
aberengaut@cov.com
mcrowley@cov.com
*pro hac vice application filed contemporaneously herewith

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| TIKTOK INC., | |
| Plaintiff, | |
| | CV-23-61-DLC |
| v. | |
| | **DECLARATION OF MEGAN A. CROWLEY IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |
| AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, | |
| Defendant. | |

I, Megan A. Crowley, state as follows:

1. I, by and through Montana counsel and pursuant to Rule 83.1(d) of the Local Rules of Procedure of the United States District Court for the District of Montana, respectfully apply to the Court to appear in this case *pro hac vice* on behalf of Plaintiff.

2. I do not reside in Montana, nor am I regularly employed in Montana. I reside in the District of Columbia and have my office at Covington & Burling LLP, 850 Tenth Street NW, Washington, DC 20001; Phone: (206) 662-5112; Fax: (202) 778-5112; Email: mcrowley@cov.com.

3. I will pay, simultaneously with filing this application, the admission fee shown on the Court's website.

4. I am proficient in electronic filing in another federal district court.

5. I have been admitted to practice before the following courts:

| **Court** | **Date Admitted** |
|---|---|
| New York State Bar | 03/16/2011 |
| Washington DC Bar | 10/02/2017 |
| U.S. District Court for the District of Columbia | 06/04/2018 |
| U.S. Court of Appeals for the Second Circuit | 11/21/2019 |
| U.S. Court of Appeals for the Third Circuit | 09/09/2019 |
| U.S. Supreme Court | 04/18/2018 |

My admission to these courts has not been terminated.

6. I am in good standing and eligible to practice in each of the courts

listed above and am not currently suspended or disbarred in any other court.

7. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (f) or their state equivalent.

8. I am not currently making, nor have I made within the two years preceding this application, any *pro hac vice* applications to the Court.

9. I understand that *pro hac vice* admission in this Court is personal to me only and not an admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this Court.

10. In accordance with Montana Rule of Professional Conduct 8.5, I swear and affirm that I will be bound by the Montana Rules of Professional Conduct (except Rules 6.1 through 6.4) in my practice of law in this State. Furthermore, I understand and certify that I will be subject to the disciplinary authority of this State. A copy of this certification will be mailed contemporaneously to the State Bar of Montana in Helena. Furthermore, pursuant to Local Rule 83.2(a), I understand that the standards of professional conduct of attorneys appearing in this Court include the American Bar Association's Model Rules of Professional Conduct and the Montana Rules of Professional Conduct.

11. I swear and affirm under penalty of perjury that I am the applicant in the above-styled matter; that I have read the foregoing application and know the contents thereof; and that the contents are true to my knowledge.

3

Executed this 23rd day of May, 2023, at Washington, DC

*Megan A. Crowley*
Megan A. Crowley
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5112
mcrowley@cov.com