# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| TIKTOK INC., | )<br>)<br>) |
| *Plaintiff*, | )<br>)  CV-23-61-DLC<br>) |
| v. | )<br>)  **ORDER GRANTING MOTION** |
| AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, | )  **FOR *PRO HAC VICE* ADMISSION**<br>)  **OF MEGAN A. CROWLEY**<br>)<br>) |
| *Defendant*. | )<br>) |

Plaintiff has moved for the admission of Megan A. Crowley to practice before this Court in this case with Rob Cameron and Nathan D. Bilyeu to act as local counsel. Ms. Crowley's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Ms. Crowley *pro hac vice* is GRANTED, subject to the following conditions:

Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

1.  Megan A. Crowley must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated, co-lead counsel must appear and participate personally in all proceedings before the Court.

2. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

4. Admission is personal to Megan A. Crowley.

5. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED** that:

Megan A. Crowley shall file, within fifteen (15) days from the date of this Order, an acknowledgement and acceptance of her admission under the terms set forth above.

DATED this _____ day of _____, 2023.

                                                Dana L. Christensen, District Judge
                                                United States District Court