Rob Cameron
Nathan D. Bilyeu
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com
nbilyeu@jmgattorneys.com

Alexander A. Berengaut*
Megan A. Crowley*
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
aberengaut@cov.com
mcrowley@cov.com
*pro hac vice application filed
contemporaneously herewith

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| TIKTOK INC., | |
| *Plaintiff*, | |
|  | CV-23-61-DLC |
| v. | |
|  | **MOTION FOR *PRO HAC VICE* ADMISSION OF ALEXANDER A. BERENGAUT** |
| AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, | |
| *Defendant*. | |

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Montana, Rob Cameron respectfully moves the Court for the admission *pro hac vice* of attorney Alexander A. Berengaut, Covington & Burling LLP, 850 Tenth Street NW, Washington, DC 20001, for the purposes of this action.

The Declaration attached to this motion sets forth the merits of the motion pursuant to Local Rule 83.1(d)(4). Mr. Berengaut is an active member in good standing of the courts set forth in his Declaration, is of good moral character, and has been retained to appear in this Court on behalf of Plaintiff.

Furthermore, pursuant to Local Rule 83.1(d)(3), Mr. Berengaut has obtained the written consent of the undersigned local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom documents will be served, and who will be responsible to participate as required under Local Rule 83.1(d)(7).

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion for *Pro Hac Vice* Admission of Alexander A. Berengaut and allow Mr. Berengaut to participate as counsel for Plaintiff in this matter. A Proposed Order is attached.

/ / /

/ / /

/ / /

/ / /

DATED: May 23, 2023

*[signature]*
_____
Rob Cameron
Nathan D. Bilyeu
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com
nbilyeu@jmgattorneys.com

*Attorneys for Plaintiff*

## CONSENT

Pursuant to Local Rule 83.1(d)(3), Rob Cameron of Jackson, Murdo & Grant P.C., 203 North Ewing, Helena, Montana 59601, 406-389-8244, certifies that he is a member in good standing of the State Bar of Montana, and hereby consents to being associated as attorney of record in the above-referenced case, and with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom papers shall be served, and who will be responsible to participate as required under Local Rule 83.1(d)(7).

DATED: May 23, 2023

*/s/ Rob Cameron*

Rob Cameron
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com