# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| TIKTOK INC., | )<br>)<br>) |
| *Plaintiff,* | )<br>)<br>) CV-23-61-DLC |
| v. | )<br>) **ORDER GRANTING MOTION** |
| AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana,* | ) **FOR *PRO HAC VICE* ADMISSION**<br>) **OF ALEXANDER A. BERENGAUT**<br>)<br>) |
| *Defendant.* | )<br>) |

Plaintiff has moved for the admission of Alexander A. Berengaut to practice before this Court in this case with Rob Cameron and Nathan D. Bilyeu to act as local counsel. Mr. Berengaut's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Mr. Berengaut *pro hac vice* is GRANTED, subject to the following conditions:

Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

1.  Alexander A. Berengaut must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated, co-lead counsel must appear and participate personally in all proceedings before the Court.

2. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

4. Admission is personal to Alexander A. Berengaut.

5. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED** that:

Alexander A. Berengaut shall file, within fifteen (15) days from the date of this Order, an acknowledgement and acceptance of his admission under the terms set forth above.

DATED this _____ day of _____, 2023.

                                                Dana L. Christensen, District Judge
                                                United States District Court