IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TIKTOK INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>　　　　Defendant. | CV 23–61–M–DLC<br><br><br>ORDER |

　　　　Before the Court are Plaintiff TikTok Inc.'s motions for the admission of attorneys Megan A. Crowley and Alexander A. Berengaut of Covington & Burlington LLP, *pro hac vice*, in the above-captioned matter. (Docs. 4, 5.) It appears that Rob Cameron of Jackson, Murdo & Grant, P.C., will serve as local counsel in this matter. (Docs. 4 at 2, 5 at 2.) Both Ms. Crowley and Mr. Berengaut's applications (Docs. 4-1, 5-1) comply with this Court's Local Rules governing the admission of counsel *pro hac vice*. Mont. L.R. 83.1(d).

　　　　Accordingly, IT IS ORDERED that the motions (Docs. 4, 5) are GRANTED on the condition that Ms. Crowley and Mr. Berengaut each do their own work. This means that each attorney must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Ms.

Crowley and Mr. Berengaut shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Crowley and Mr. Berengaut each file a separate pleading acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 24th day of May, 2023.

_____
Dana L. Christensen, District Judge
United States District Court