Alexander A. Berengaut*
Megan A. Crowley*
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
aberengaut@cov.com
mcrowley@cov.com
*admitted pro hac vice

Rob Cameron
Nathan D. Bilyeu
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com
nbilyeu@jmgattorneys.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| TIKTOK INC., | ) |
| *Plaintiff*, | ) CV-23-61-DLC |
| v. | ) |
| | ) **ACKNOWLEDGMENT AND** |
| AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, | ) **ACCEPTANCE OF *PRO HAC VICE* ADMISSION** |
| *Defendant*. | ) |

I, Megan A. Crowley, admitted pro hac vice on May 24, 2023, hereby acknowledge receipt of and accept the Court's Order (Doc. 7), and I hereby affirm the following conditions:

1. Local counsel, Rob Cameron and Nathan D. Bilyeu of Jackson, Murdo & Grant, P.C., serve as co-lead counsel;

2. In accordance with the Court's Order of May 24, 2023, I hereby confirm that I will do my own work, do my own writing, sign my own pleadings, motions and briefs, and will appear and participate personally in this proceeding;

3. I have registered in the Court's electronic filing system (CM-ECF);

4. Local counsel, Rob Cameron and Nathan D. Bilyeu of Jackson, Murdo & Grant, P.C., will, at all times and without exception, perform and carry out all duties and responsibilities required of local counsel in compliance with L.R. 83.1(d)(7);

5. Attorney Alexander A. Berengaut has authority to make any and all decisions related to the administration of this case and will act as the primary point of contact for the opposing party; and

6. Admission is personal to me; it is not an admission of the Covington & Burling law firm.

DATED: May 26, 2023

      /s/ Megan A. Crowley
Megan A. Crowley
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5112
mcrowley@cov.com
*Attorney for Plaintiff*

3