Alexander A. Berengaut*
Megan A. Crowley*
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
aberengaut@cov.com
mcrowley@cov.com
*admitted pro hac vice

Rob Cameron
Nathan D. Bilyeu
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com
nbilyeu@jmgattorneys.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

|  |  |
|---|---|
| TIKTOK INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | CV-23-61-DLC |
| v. ) | |
| ) | **ACKNOWLEDGMENT AND** |
| AUSTIN KNUDSEN, *in his official* ) | **ACCEPTANCE OF *PRO HAC VICE*** |
| *capacity as Attorney General of the* ) | **ADMISSION** |
| *State of Montana*, ) | |
| ) | |
| *Defendant*. ) | |

I, Alexander A. Berengaut, admitted pro hac vice on May 24, 2023, hereby acknowledge receipt of and accept the Court's Order (Doc. 7), and I hereby affirm the following conditions:

1. Local counsel, Rob Cameron and Nathan D. Bilyeu of Jackson, Murdo & Grant, P.C., serve as co-lead counsel;

2. In accordance with the Court's Order of May 24, 2023, I hereby confirm that I will do my own work, do my own writing, sign my own pleadings, motions and briefs, and will appear and participate personally in this proceeding;

3. I have registered in the Court's electronic filing system (CM-ECF);

4. Local counsel, Rob Cameron and Nathan D. Bilyeu of Jackson, Murdo & Grant, P.C., will, at all times and without exception, perform and carry out all duties and responsibilities required of local counsel in compliance with L.R. 83.1(d)(7);

5. I have authority to make any and all decisions related to the administration of this case and will act as the primary point of contact for the opposing party; and

6. Admission is personal to me; it is not an admission of the Covington & Burling law firm.

DATED: May 26, 2023

        /s/ Alexander A. Barengaut
        Alexander A. Berengaut
        COVINGTON & BURLING LLP
        850 Tenth Street, NW
        Washington, DC 20001
        (202) 662-5367
        aberengaut@cov.com
        *Attorney for Plaintiff*