IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TikTok Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Austin Knudsen, in his official capacity as Attorney General of the State of Montana, <br><br> Defendant. | CV 23–61–M–DLC <br><br> ORDER REASSIGNING |

**IT IS HEREBY ORDERED** that the above-captioned cause is **REASSIGNED** to the Honorable Donald W. Molloy, United States Senior District Judge for the District of Montana.

DATED this 28th day of June, 2023.

_____
Brian Morris, Chief Judge
United States District Court