Alexander A. Berengaut (*pro hac vice*)
Megan A. Crowley (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
aberengaut@cov.com
mcrowley@cov.com

Rob Cameron
Nathan D. Bilyeu
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com
nbilyeu@jmgattorneys.com

*Attorneys for Consolidated Plaintiff TikTok Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| SAMANTHA ALARIO, et al., <br><br> *Plaintiffs*, <br> and <br><br> TIKTOK INC., <br><br> *Consolidated Plaintiff*, <br><br> v. <br><br> AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, <br><br> *Defendant*. | CV 23-56-M-DWM <br> CV 23-61-M-DWM <br><br> **DECLARATION OF ROB CAMERON** |

I, Rob Cameron, under penalty of perjury, hereby declare as follows:

1. I am a shareholder of the law firm of Jackson Murdo & Grant PC, counsel for Consolidated Plaintiff TikTok Inc. ("Plaintiff") in this matter. I am a member of the bar of the State of Montana as well as this Court. I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction to place before the Court documents and information necessary for determination of Plaintiff's motion.

2. Attached as Exhibit A is a true and correct copy of An Act Banning TikTok in Montana, SB 419, which was signed into law on May 17, 2023.

3. Attached as Exhibit B is a true and correct copy of a certified transcript of a March 28, 2023 hearing on SB 419 before the Montana House of Representatives Judiciary Committee.

4. Attached as Exhibit C is a true and correct copy of a certified transcript of an April 13, 2023 Floor Session of the Montana House of Representatives regarding SB 419.

5. Attached as Exhibit D is a true and correct copy of an article titled "Montana Gov Seeks to Expand TikTok Ban to Other Social Apps," which was written by Haleluya Hadero and published by the *Associated Press* on April 26, 2023. The article is available at https://apnews.com/article/tiktok-ban-montana-bytedance-b735350b367c3f3a0076eaf1267dab18 (last accessed July 5, 2023).

6.     Attached as Exhibit E is a true and correct copy of a May 17, 2023 memorandum from Governor Greg Gianforte to Kevin Gilbertson, Chief Information Officer of the State of Montana, re: "Expanding TikTok prohibition to all social media applications that provide personal information or data to foreign adversaries"  The memorandum is available at https://governor.mt.gov/_docs/MEMO_221216_Banning_TikTok_on_State_Devices.pdf (last accessed July 5, 2023).

7.     Attached as Exhibit F is a true and correct copy of an article titled "Montana AG Knudsen to Newsmax: State TikTok Ban First of Its Kind," which was written by Fran Beyer and published by *Newsmax* on April 17, 2023.  The article is available at https://www.newsmax.com/newsmax-tv/tiktok-montana-ban/2023/04/17/id/1116448/ (last accessed July 5, 2023).

8.     Attached as Exhibit G is a true and correct copy of a press release issued by the Montana Governor's Office on May 17, 2023, titled "Governor Gianforte Bans TikTok in Montana."  The press release is available at https://news.mt.gov/Governors-Office/Governor_Gianforte_Bans_TikTok_in_Montana (last accessed July 5, 2023).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of July, 2023.

_____
Rob Cameron