# **EXHIBIT C**

*4-13-2023 Second Reading before the Montana House of Representatives*

1        [13:37:01]

2        CHAIRMAN HOPKINS:  -- been concurred in on second reading.

3    Members, you now have before you for your consideration Senate Bill

4    419.  The clerk will read the title of the bill.

5        CLERK:  Mr. Chair. Senate Bill No. 419 introduced by Vance, a

6    bill for an act and title, an act banning TikTok in Montana prohibiting

7    a mobile application store from offering the TikTok application of

8    Montana users providing for penalties, providing for enforcement

9    authority, providing definitions, providing for contingent voidness and

10   providing a delayed effective date, Mr. Chair.

11       CHAIRMAN HOPKINS:  What is your pleasure, Representative Ler?

12       REP. LER:  Mr. Chair, [INDISCERNIBLE 13:37:27] this committee

13   does [INDISCERNIBLE 13:37:28] report after having had under

14   consideration Senate Bill 419. I recommend the same be concurred in.

15       CHAIRMAN HOPKINS:  Representative Ler.

16       REP. LER:  Mr. Chair, we are facing a threat unlike any other

17   from the Chinese Communist Party hiding behind TikTok where they can

18   spy on Americans by collecting personal information by keystrokes and

19   even use their locations. That's why I urge you to join me in voting

20   yes on Senate Bill 419 to ban TikTok in Montana. TikTok is a national

21   security threat. This app steals information and data from users and

22   its ability to share that data with the Chinese Communist Party is

23   unacceptable and infringes on Montana's rights to privacy. Last year,

24   TikTok admitted to using their app to spy on American journalists. The

25   FBI has recently raised national security concerns over the use of

     TikTok and warns that the Chinese government could influence users or

*4-13-2023 Second Reading before the Montana House of Representatives*

1   control their devices with the app. We know that the People's Republic

2   of China is one of our top adversaries yet we allow them to freely

3   gather information about Montana, about Montanans, Montana's companies

4   and the intellectual property of its users. China is after our data and

5   intellectual property. We saw another example recently with the Chinese

6   spy balloons that hovered right over our state. This bill will not only

7   protect Montanans' right to privacies and its users and other users

8   alike but also their health, safety and especially our young people.

9   TikTok allows and promotes dangerous challenges like throwing objects

10  in moving automobiles, taking excessive amounts of medication, lighting

11  minors on fire, also including cooking chicken in NyQuil, pouring hot

12  wax on user's faces and placing metal objects in electrical outlets. In

13  Montana, we have seen the results of some of these TikTok challenges,

14  like one that encourages kids to destroy and steal school property and

15  another one that encourage threats of violence enclose Bitterroot

16  Valley schools. One particular disturbing incidence, a 13-year-old girl

17  in the City of Montana was shot in the face with a BB gun and was sent

18  to the hospital as part of one of these TikTok challenges.  Our state

19  through the Montana Department of Justice also launched an

20  investigation last year into the company for possible violations of

21  Montana's unfair trade practices.

22         [13:40:00]

23         Members of the body, I believe it's time we stand up to the

24  Chinese and ban TikTok.

25         CHAIRMAN HOPKINS:  Thank you, Representative. Is there a

    discussion on the bill? Representative Sullivan?

*4-13-2023 Second Reading before the Montana House of Representatives*

1    REP. SULLIVAN:  Thank you, Mr. Chair. All right. I want to start

2    out by saying that -- I'll speak to the bill, Mr. Chair. Sorry. I'm

3    disappointed that TikTok did not send someone to testify in the bill

4    hearing in House Judiciary. I went to that hearing, I was pretty

5    excited to have questions that I could ask that company about this bill

6    and about the concerns that are being expressed in this room today, and

7    no one was at the microphone from their company. And so, I know

8    Montana, we have a small population. I know we are considered rural,

9    but we matter and our laws matter, and I know that TikTok recognizes

10   that because they have spent a lot of money on billboards and ads, and

11   my constituents called me yesterday. They are getting robo calls about

12   this bill. So, I just wanted to take a quick shout out that next time

13   I'd like to see Big Tech show up in Montana and take questions from us

14   and get in the hot seat. You're not the first big company to not come

15   to our state and I know you won't be the last, but I am calling you out

16   in this moment. I also want to second, say that I care deeply about

17   privacy and security. I understand the concerns that this bill was

18   started from. You all know that I enjoy a good privacy bill. I do not

19   want to see Montanans' data abused. I don't want to see it traded

20   around to adversarial countries. I get why people are concerned and

21   this bill does tempt me very much. However, I think I will be voting no

22   today. I don't believe that this bill as written is taking privacy and

23   security seriously. We only have one company listed and we only have

24   one country listed. Why would we do that, why would we limit to one

25   company and one country when we know very well that social media

companies are doing the same thing. Other ones, they are selling and

*4-13-2023 Second Reading before the Montana House of Representatives*

1    trading and using Montanans' data and they're sending it to servers

2    located all over the world. So, why aren't they in this bill? Why do we

3    only have one? I also am concerned, this is a constitutional issue. I

4    think it's Article 5, Section 12.  There is a constitutional issue

5    where we have listing a company specifically in a bill and I know

6    that's going to lead to issues. Overall, I just don't think it's taking

7    concerns seriously. So, Mr. Chair, I'd like to move an amendment --

8    where am I at? I move that Senate Bill 419 be amended and request that

9    amendment 002.002 be posted and deemed read, Mr. Chair.

10       CHAIRMAN HOPKINS:  So ordered.

11       REP. SULLIVAN:  Thank you, Mr. Chair. All right. So, if you take

12   out your amendment, we have some great whereas clauses, and I think

13   that they will explain the concept of this bill. Whereas foreign

14   adversaries of the United States and Montana have an interest in

15   gathering information about Montanans, Montana companies and the

16   intellectual property of users who engage in corporate and internal

17   espionage. And if you flip it over, you can see the next whereas. A

18   foreign adversary's collection and use of information and date from

19   Montana users, unacceptably infringes on Montanans' right to privacy.

20   So, what we're doing here in Section 1 is social media applications.

21   So, we're defining that. We are saying, "oh, all social media

22   applications are falling under this bill," or many not operate within

23   territorial jurisdiction of Montana if they allow the collection of

24   personal information or data and that data to be transferred to an

25   entity or person within a country designated as a foreign adversary,

     and that is under federal rule. So, we have a list of foreign

                                  4

*4-13-2023 Second Reading before the Montana House of Representatives*

1   adversarial countries. Currently, that is China, Cuba, Iran, North

2   Korea, Russia and the Venezuelan Maduro Regime. So, let's expand this

3   bill. Let's do it seriously. The AG can still enforce this. We still

4   have lots of penalties if they have a discrete violation. Let's protect

5   Montanans from all abusive social media companies. Let's protect

6   Montanans from all bad acting adversarial countries. Let's do this the

7   right way and I'm happy to answer questions, Mr. Chair.

8       CHAIRMAN HOPKINS:  Thank you, representative. Is there a

9   discussion on the amendment? Representative Ler?

10      REP. LER:  Thank you, Mr. Chair. I urge the body to resist this

11  amendment. This amendment completely strips the whole intent of the

12  bill and it makes the bill unworkable. There is a reason why we put one

13  company in this bill, because that one company is owned and operated

14  and completely solely owned by the Chinese Communist Party.

15      [13:45:02]

16      These other companies are all in the state, are all in the United

17  States and that is the reason why the bill is written the way it is, so

18  I urge the body to resist this amendment.

19      CHAIRMAN HOPKINS:  Thank you, Representative. Further discussion

20  on the amendment. Representative Mercer?

21      REP. MERCER:  Thank you, Mr. Chairman. I just simply want to make

22  a disclosure that I work for a firm that represents technology

23  companies operating a range of content platforms. Thank you, Mr.

24  Chairman.

25      CHAIRMAN HOPKINS:  Thank you, representative. Is there further

    discussion on the amendment? Representative Essmann.

*4-13-2023 Second Reading before the Montana House of Representatives*

1       REP. ESSMANN:  Thank you, Mr. Chairman. Question for the

2  amendment sponsor, please.

3       CHAIRMAN HOPKINS:  Does the amendment sponsor yield?

4       REP. SULLIVAN:  I do.

5       CHAIRMAN HOPKINS:  Representative Essmann.

6       REP. ESSMANN:  Thank you, Mr. Chairman. Good representative, you

7  made a statement citing a constitutional reference, talking about

8  proper names, and I looked it up and I don't see it in that particular

9  section. Could you please tell me what section you see the proper name

10  referenced in? Thank you.

11       REP. SULLIVAN:  Thank you. Mr. Chair, if you give me one moment,

12  good representative. To clarify what I'm talking about in Article 5,

13  Section 12 of the Montana Constitution, it says it's called Local and

14  Special Legislation, and that's the part I'm talking about here, and it

15  says the Legislature shall not pass a special or local act when a

16  general act can be made or is applicable. So, what I'm referencing

17  there is that having a bill that only calls out one company be a name

18  is most likely a violation of Article 5, Section 12 of the Montana

19  Constitution.

20       CHAIRMAN HOPKINS:  Representative Essmann?

21       REP. ESSMANN:  Thank you, Mr. Chairman. Follow up.

22       CHAIRMAN HOPKINS:  Does the amendment sponsor continue to yield?

23       REP. SULLIVAN:  Yes, I do.

24       CHAIRMAN HOPKINS:  Representative Essman.

25       REP. ESSMANN:  Thank you, good representative. So, then it isn't

the fact that we used a proper name in the bill, it's the fact that it

1    calls out a particular company then instead of being a broad general

2    issue.

3         REP. SULLIVAN:  Mr. Chair, Representative, you are correct. That

4    is what I am saying is problematic. With 419 as written and with the

5    amendment, we would no longer be having a special legislation for one;

6    however, we'd be making a general act for all.

7         CHAIRMAN HOPKINS:  Thank you. Further discussion. Representative

8    Harvey.

9         REP. HARVEY:  Thank you, Mr. Chair, members of the body, I'm

10   going to stand in strong support of my seatmate's amendment. Having

11   served in economic affairs over the last interim, we took a look at

12   privacy. We took a look at several different things dealing with how

13   vulnerable Montanans can be on these digital platforms. And if we

14   continue to keep our head in the sand and think that it's just one

15   platform that is selling our information overseas, we're going to be in

16   trouble. I think this is a great amendment. I think it aligns it with

17   our Constitution and I think it protects Montanans. Just because this

18   one company is owned overseas doesn't mean that there's not bad actors

19   that are operating in the United States and turning around and selling

20   our information overseas. If we truly want to do what's right and

21   protect Montanans, let's make it abroad. Let's take a stance today and

22   say that we're tired of this. We don't want our information being sold

23   overseas regardless if the company is owned in the United States or

24   not. That's how I think, that's how I want to protect my constituents.

25   If you can go home and say that you feel that just one company is doing

     this and think that your constituents are going to believe you, then

1    don't vote for this amendment. But I'm urging you to vote green and

2    let's protect Montanans.

3        CHAIRMAN HOPKINS:  Thank you. Further discussion on the

4    amendment. Representative Jay Hinkle.

5        REP. HINKLE:  Thank you, Mr. Chair. Speak to the amendment. So a

6    little bit of saddened that this amendment was brought on the floor

7    because it's a very substantial change to the bill. And I would think

8    that this amendment should have been brought in committee so that we at

9    least could have discussed it in committee, perhaps even brought during

10   the hearing and propose that way the public would have the chance to

11   weigh in on this and maybe these other social media platforms would be

12   able to have their representatives here to discuss this. So I think

13   it's really bad to put such a substantial change into this bill without

14   it being vetted and without the public having an opportunity to

15   comment.

16       CHAIRMAN HOPKINS:  Thank you. Further discussion on the

17   amendment. Got two in the queue. Representative Essmann, apologies for

18   not continuing to recognize you after you're done with your questions.

19   Representative Essmann.

20       REP. ESSMANN:  Thank you, Mr. Chairman. I'm sorry to stand up

21   again, but I did want to just speak to the amendment a little bit. I

22   don't want anybody to come away thinking what I said earlier was

23   endorsing this amendment. Quite the contrary. I just want us to know

24   that when we hear that there's been a quote from the Constitution, we

25   all understand what that was about.

        [13:50:03]

So that was my purpose. I am not for this amendment. I am for the bill as originally written. And I would agree with my seatmate back here that this probably should have been brought in committee. So maybe the actual company we're talking about here maybe could have had a chance to come and sign on, but they didn't. So I say let's do one at a time. If we get this done, we can move further on. Thank you.

CHAIRMAN HOPKINS:  Thank you. Representative Essmann. Further discussion on the amendment, Representative Butcher.

REP. BUTCHER:  Thank you, Mr. Chairman. I look at this amendment and all of a sudden, we're going to be going and trying to dig out every media platform to decide whether they're good guys or bad guys. It's nationally recognized. The problem is, TikTok and the Chinese government guys. Right now, that is our adversary that we're dealing with. And these folks are not just a political adversary, they're an economic adversary, and that's why they're accumulating all this information. But yet we're going to throw an amendment here that says, oh, we're going to look at all these platforms. Well, how much resource are we going to spend to determine which other platforms have a problem? We know this one has a problem, so let's address it one issue at a time, which is TikTok, and it's nationally recognized. I mean, it's on the news all the time, the discussions on this whole TikTok platform and the problems that are coming out of it. So let's not just bury our head in the sand and say, oh, gee, well, we don't want to pick on one company. They're the ones who started this thing, and they're the ones that are the adversary, so let's kill this amendment and go ahead and pass the bill, and then Montana will stand up and say, we've

*4-13-2023 Second Reading before the Montana House of Representatives*

1    had enough of this infiltrating our kids, infiltrating our system, and

2    stealing all of our information. Vote no on the amendment.

3        CHAIRMAN HOPKINS:  Thank you, Representative. There being no

4    further discussion on the amendment, does the amendment sponsor wish to

5    close?

6        REP. ESSMANN:  Yes. Thank you. Thank you, Mr. Chair. I appreciate

7    the good debate. Everyone. I want to ensure everyone standing, sitting

8    here listening to me today that I am being quite serious with this

9    amendment. I am being quite serious that I am going to a place where I

10   am saying to all social media companies that they need to follow our

11   rules, that we can make it count today. We can make this count in

12   Montana by coming up with a piece of policy that gets everybody to

13   respect the privacy of all Montanans. And that includes more than just

14   one company, and it includes more than just one country. And I think

15   that my amendment is less likely to get struck down. And I do know that

16   the companies, they know the social media companies, they know where

17   their servers are, and they know if their servers are in a foreign

18   adversaries country and they can handle this bill. And if they don't,

19   they're going to get fined, and it's going to get enforced through the

20   AG's office. So I think this is actually taking a bigger, stronger

21   stand for privacy, and I encourage agreeing. Thank you.

22       CHAIRMAN HOPKINS:  Thank you. Now question arises on the

23   amendment of Representative Sullivan. Those in favor, vote aye. Those

24   oppose vote nay. Are there absentee votes?

25       REP. SULLIVAN:  None. Mr. Chair.

*4-13-2023 Second Reading before the Montana House of Representatives*

1    CHAIRMAN HOPKINS:  Has every member voted? Does any member wish

2    to change his or her vote? Representative Mercer? If not, the Clerk

3    will record the vote.

4    REP. MERCER:  Mr. Chair, 48 representatives have voted aye. 51

5    have voted no.

6    CHAIRMAN HOPKINS:  The amendment fails. Members, we are now back

7    on discussion of the bill. Representative Mitchell.

8    REP. MITCHELL:  Thank you, Mr. Chair. Members, as the youngest

9    member here, someone born in the 2000s, this bill has been a little

10    different and harder to assess. And I'm sure most folks in here I've

11    had and used TikTok since back when it was musically way back when, so

12    back when I was in junior high, my younger sister, many of my friends

13    make TikToks, and many of them make good money off of it through

14    monetization. My concern with TikTok the other day is ultimately when

15    it comes down to the concerns of privacy and the ties to the Chinese

16    Communist Party. The reason I'm going to support this bill today is

17    because of the contingent voidness, which says if TikTok is acquired by

18    or sold to a company that is not incorporated in any other country,

19    designated as a foreign adversary at the time TikTok is sold or

20    acquired. So what this says is if TikTok is sold or acquired by someone

21    else other than the Chinese Communist Party, this bill is then voided.

22    I'm also going to support this bill because the delayed effective date

23    of January 1, 2024, if Congress acts between now and the 1 January,

24    this next year, which looks like it may or may not happen. You never

25    know with the folks down there in the swamp how they act on things. But

this bill could then be voided as well and then left up to the feds and

*4-13-2023 Second Reading before the Montana House of Representatives*

1   not the State of Montana. So this has been something I've been back and

2   forth on now for a long time, but I think due to the privacy concerns

3   and with China, --

4   [13:55:01]

5   -- I think that we should move along with this and ban TikTok in

6   Montana. Thank you, Mr. Chair.

7   CHAIRMAN HOPKINS:  Thank you, Representative. Is there further

8   discussion on the bill? Remember to plug in on the bill if you wish to

9   speak. Representative T. Smith.

10   REP. SMITH:  Thank you, Mr. Chair. It does speak to the bill.

11   CHAIRMAN HOPKINS:  Representative T. Smith.

12   REP. SMITH:  Thank you. This is a great bill. This bill is about

13   a year or two late. My junior at Flathead High School and some of his

14   peers were caught up in one of these TikTok challenges where they would

15   go out and take the lug nuts off one of your wheels on your vehicle. So

16   this bill is about a year or two late and long overdue, and I support

17   it 100%. Thank you.

18   CHAIRMAN HOPKINS:  Thank you, Representative. Further discussion

19   on the bill too, and the key Representative Zephyr.

20   REP. ZEPHYR:  Thank you, Mr. Chair and members of the body. I'll

21   be voting no on this bill. And I want to say that I'm not sure any bill

22   we've seen this session I mean this with the greatest respect to this

23   body has such a stark contrast between the seriousness with which the

24   issue, the ongoing issue, is privacy for Montanans' data privacy, how

25   that data is misused, and the lack of expertise in this body to

adequately address it. Data privacy is a really serious concern and

*4-13-2023 Second Reading before the Montana House of Representatives*

1    that's not really being addressed in this bill. For example, we heard

2    the amendment that we're just looking at TikTok here. TikTok dances,

3    TikTok trends, all that stuff that's been mentioned, those also exist

4    on other social media platforms. And when you talk about the content

5    that you're seeing, the way algorithms work, the more you scroll a

6    thing, the more you see that thing. That's not on a platform itself,

7    that's on a user. I also want to talk about the enforcement of this. It

8    is not viable to enforce. And part of that is because, one, if you want

9    to use a VPN, you can spoof your location and get around this ban

10   instantly. Two, your location is determined so on your computer by your

11   IP address and whatnot. And that can be used zip codes. But if you're

12   on your phone, which is when most folks use TikTok, it is by your cell

13   tower. And if you are on a border town, there is a chance you get your

14   cell data from outside of the state. And so that could be -- you could

15   have Montanans in the edges of our state getting their location being

16   recognized as out of state even though they're in-state, that would

17   provide an equal application of this law to those Montanans versus

18   Montanans in the center of the state. We heard in the committee that

19   the app stores cannot ban, given that information. And for me, I also

20   just want to say very clearly, if we were talking about data privacy, I

21   think we would see a lot more green on that board. But what we heard in

22   committee, what we heard from proponents of this bill, was a lot of

23   conversation around China, around communists, around Red Scare stuff.

24   And to me, the big distinction here is there's nothing stopping another

25   social media company based in America from collecting the same data,

     selling it to a Chinese organization, and then them being held to that

*4-13-2023 Second Reading before the Montana House of Representatives*

1    company. So, what we're saying here is it's okay if American companies

2    do it. It's not okay for Chinese company is doing this. I agree with my

3    seatmate across the aisle that this will probably be solved at the

4    federal level as happened with other social media apps that China run.

5    And as discussions I've had with other folks, I would say that if we're

6    talking about issues of national security, that is first and foremost a

7    federal issue, and they should be talking about it before we ever bring

8    up something like this. I will be a no. Thank you.

9         CHAIRMAN HOPKINS:  Thank you representative as a further

10   discussion on the bill Representative Duram.

11        REP. DURAM:  Thank you Mr. Chair, may I speak to the bill.

12        CHAIRMAN HOPKINS:  Representative Duram.

13        REP. DURAM:  I did comment on this bill and the committee and it

14   caused a chuckle by my seatmate and I took it kindly the and just

15   recently was mentioned expertise and I think what's really lacking

16   among Americans particularly American youth today is our foundational

17   knowledge of the stories that made most of us who we are. I made

18   reference in committee to the Pied Piper that TikTok is the tune

19   leading our children away and some thought it comical, many of the

20   youth I talked to though they said who's the Pied Piper? And that's

21   sad, that means their mom and dad didn't read to them many of the

22   stories that my mom and dad read to me. The Pied Piper just so

23   everybody knows, the backstory is that a village had rats, eating their

24   grain.

25        [14:00:00]

14

*4-13-2023 Second Reading before the Montana House of Representatives*

1    They wanted the rats to go away, so they hired this guy, the Pied

2  Piper. He played this tune, the rats followed him into the river. The

3  rats drowned, he saved the world. He charged then an exorbitant price

4  to save the grain. They were concerned the price was too high, they

5  didn't pay him. He came back the next day, played his pipe, led all the

6  children out of their village, and towards the river, the concern was

7  he was going to drown the children. But no, he didn't drown the

8  children. He took them up into the mountains there, and never seen

9  again. Is there a correlation between TikTok stealing our children? If

10  the answer is a strict no for you, then you're not considering it well

11  enough. Another story that I read recently to my grandson, the

12  Pinocchio. Everyone knows about Pinocchio and his nose. Often the part

13  of the story that we forget is what I've called Wild Island, but in the

14  story, it's called Pleasure Island. Pleasure Island that's where the

15  person runs about, doing whatever they want, taking whatever, eating

16  whatever, thinking there's no consequence. There is a consequence. In

17  the story, the consequence is they were turned into a mule to drag the

18  merchant's cart. Again, it's comical. But at least consider, perhaps,

19  the war isn't for, historically, we were trying to steal each other's

20  food. At some point, we got so much food that we can't eat it all. And

21  then, in my lifetime, it was money. Someone was always after your

22  money, telemarketers. There's always some trickster way into getting

23  your money. Now everyone's so rich that we don't even want each other's

24  money. The battle is for the hearts and minds of our youth. That's why

25  I'm speaking. That's why I'm talking. That's why I'm here. Is that

  really the battles for the minds and hearts of our youth.

*4-13-2023 Second Reading before the Montana House of Representatives*

1    TikTok, one of my concerns in the bill is that we pass this bill,

2    they go, oh, guess what? We're smarter than you. We're going to change

3    our name. They're going to spell their name correctly. The TICK TOK the

4    parasite I think it is. But I'm torn on this because I don't like

5    censorship, I'm going to be a yes today and then we'll see what

6    tomorrow brings but my message to the youth is don't waste your youth,

7    again there's some cute stuff on TikTok but you got to monitor what

8    you're putting inside your hearts and mind. Thank you, Mr. Chair.

9    CHAIRMAN HOPKINS:  Thank you representative, further discussion

10   on the bill, Majority Leader Vinton.

11   REP. VINTON:  Thank you Mr. Chairman, I'm going to support this

12   bill today for a couple of reasons and I'm going to continue in the

13   vein of my storytelling role mates here. First, I reject the notion

14   that if we support this bill. We don't care about other companies or

15   other adversaries. We do, this bill pertains to one adversary and one

16   company and that leads me to my I don't know if it's a story, it's the

17   same, how do you eat an elephant, one bite at a time, vote green.

18   CHAIRMAN HOPKINS:  Thank you members, as further discussion on

19   the bill three in the queue 12 minutes away from cloture Representative

20   Buckley.

21   REP. BUCKLEY:  Thank you Mr. Chair, I want to rise in opposition

22   of this bill for us like just taking a slightly different stance on

23   this. I don't use TikTok. I also have heard about the TikTok

24   challenges. And I've had many of my constituents and friends reach out

25   who use TikTok as a business tool. These are entrepreneurs in Montana

who are being creative, who are industrious, who are tenacious, who are

1    thinking about how they can reach outside of Montana or across the

2    state. They're oftentimes makers, they're ranchers, they're folks who

3    are reaching out with their Montana made product to other people across

4    the country and are using it as a tool, not only a business tool, but a

5    storytelling tool as well and I've been really moved by those stories,

6    which is why I'm going to be a no today. I'm afraid we're -- I have the

7    same concerns that you all do about privacy, about protecting

8    Montanans. And I'm also afraid we're throwing out the baby with the

9    bathwater and the baby is our entrepreneurs and our folks, who are not

10   -- they're not just kids there, they're Montanans who are making this

11   work, so I'll be a no, and hope we think are really thoughtful about

12   our vote on this, thank you Mr. Chair.

13        CHAIRMAN HOPKINS:  Thank you representative, further discussion

14   Representative Oblander.

15        REP. OBLANDER:  Thank you, Mr. Chair. I stand in support of this

16   bill as I sat and listened to the comments. Yes, this bill doesn't

17   cover everything and I would venture to say that in this body, we pass

18   many bills that don't cover every circumstance, --

19        [14:05:01]

20        -- everything that possibly could happen. But this is a step in

21   the right direction. And I guarantee you all these other companies that

22   are out there will know that Montana has passed this bill and they will

23   pay attention to that and they will look at their operations and try

24   and decide what they need to do to not have us come back and list them

25   as a company that we shouldn't have in Montana. So, I would encourage

1   you to support this bill. It has a lot of potential to it, and I

2   appreciate everybody's green vote. Thank you.

3       CHAIRMAN HOPKINS:  Thank you, further discussion Representative

4   Carter.

5       REP. CARTER:  Thank you, Mr. Chair, I'm against this bill today

6   because as much as I want to protect kids from being kids, and doing

7   the things they want to do. We cannot protect kids from everything and

8   what we can do though is use things like this as a learning tool to

9   say, hey, this is the consequences of doing something like this and all

10  these consequences are not good. Our parents try to protect us from

11  everything. We oftentimes ignore everything until we learn that

12  experience for ourselves. And so, I use this as a learning tool for my

13  kids who are on TikTok and we have that conversation daily about what's

14  appropriate, what's not appropriate, what's being shared, what's not

15  being shared and how you can do this better, and this is a learning

16  tool for the kids that we can protect them right now, but in three to

17  five years or so. We're done protecting them and we have to have had

18  that conversation with them and give them the tools they need, to be

19  able to move forward through a world of technology. Thank you, Mr.

20  Chair.

21      CHAIRMAN HOPKINS:  Thank you representative, there being from no

22  further discussion, does the sponsor wish to close?

23      REP. LER:  Thank you Mr. Chair. I sure would, I take great

24  offense to saying that there's a lack of knowledge in this room about

25  issues. We're a hundred-member body from all across the state. I

    believe between all of us here, we can come up with good solutions to

*4-13-2023 Second Reading before the Montana House of Representatives*

1    just about any problem we face. This bill is not to ban teens from

2    using an app. This bill is to protect our youth. It was also stated

3    that this would be impossible to enforce. I beg to differ. It's

4    probably not impossible, just a little bit inconvenient. We already do

5    this with sports betting apps. They are already geo-fenced in the

6    state. So, with that, Mr. Chair, I entered to due pass.

7    CHAIRMAN HOPKINS:  Thank you. Sponsor has closed. The question

8    now arises on the motion of Representative Ler that when this committee

9    does rise and report after having had under consideration Senate Bill

10   419, it recommends the same be concurred in. Those in favor of the

11   motion will vote aye. Those opposed will vote no. Are there absentee

12   votes?

13   CLERK:  None, Mr. Chair.

14   CHAIRMAN HOPKINS:  Has every member voted? Does any member wish

15   to change his or her vote? If not, clerk can record the vote.

16   CLERK:  Mr. Chair, 60 representatives have voted aye, 39 have

17   voted no.

18   CHAIRMAN HOPKINS:  Senate Bill 419 has been concurred in on

19   second reading.

20   [14:07:57]

21

22

23

24

25



I, Anders Nelson, hereby certify that the foregoing is, to the best of my knowledge and belief, a true and accurate transcription in English.

Anders Nelson
Project Manager
TransPerfect Legal Solutions

June 23, 2023