## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

|  |  |
|---|---|
| SAMANTHA ALARIO, et al., <br><br> *Plaintiffs,* <br><br> and <br><br> TIKTOK INC., <br><br> *Consolidated Plaintiff*, <br><br> v. <br><br> AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, <br><br> *Defendant.* | CV 23-56-M-DWM <br> CV 23-61-M-DWM <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION FOR SCHEDULE FOR BRIEFING AND HEARING ON PLAINTIFFS' AND CONSOLIDATED PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION** |

All parties, through their respective counsel, have jointly moved for a schedule for briefing and hearing forthcoming preliminary injunction motions in this action.

Accordingly, IT IS HEREBY ORDERED that

1.     Plaintiffs'[1] motions for preliminary injunction shall be briefed on the following schedule:

---

[1] Hereinafter, "Plaintiffs" refers collectively to Plaintiffs in the lead case and Consolidated Plaintiff.

    a)      Motions for preliminary injunction shall be filed by **July 7, 2023**.

    b)      Consolidated Plaintiff TikTok Inc. shall serve responses and objections to Defendant's proposed discovery requests circulated on June 26, 2023 by **July 21, 2023**.

    c)      Motions for leave to file amicus briefs in support of the motions for preliminary injunction shall be filed by **August 4, 2023**.

    d)      Defendant's briefs in opposition to the motions for preliminary injunction shall be filed by **August 18, 2023**.

    e)      Motions for leave to file amicus briefs in opposition to the motions for preliminary injunction shall be filed by **September 1, 2023**.

    f)      Reply briefs shall be filed by **September 15, 2023**.

    g)      Following the completion of briefing, the Court shall hold a hearing on Plaintiffs' motions for preliminary injunction on [date].

2.      There shall be no further briefing in response to motions for leave to file amicus briefs under Local Rule 7.5.

3.      [Proposed amicus briefs shall be filed within 2 business days of a request for leave being granted.] [Proposed amicus briefs shall be separately

lodged at the same time that a motion for leave is filed.]

    4.     Defendant's deadline to answer the complaints is extended to 30 days after the Court has ruled on the motions for preliminary injunction and all related appeals are resolved.

      DATED this _____ day of _____, 2023.


                                _____
                                Donald W. Molloy, District Judge
                                United States District Court