# EXHIBIT D

Natasha Prinzing Jones
(MT Bar No. 5226)
Matthew B. Hayhurst
(MT Bar No. 4979)
BOONE KARLBERG P.C.
201 West Main St., Suite 300
P.O. Box 9199
Missoula, MT 59807
Telephone: (406) 543-6646
Facsimile: (406) 549-6804
npjones@boonekarlberg.com
mhayhurst@boonekarlberg.com

Ambika Kumar *(admitted PHV)*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 330
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
ambikakumar@dwt.com

Tim Cunningham *(admitted PHV)*
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
timcunningham@dwt.com

*Attorneys for Plaintiffs Samantha Alario, Heather DiRocco, Carly Ann Goddard, Alice Held, and Dale Stout*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, HEATHER DIROCCO, CARLY ANN GODDARD, ALICE HELD, and DALE STOUT,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>Defendant. | Lead Case No.<br>9:23-cv-00056-DWM<br>CV 23–56–M–DWM<br><br>Member Case No.<br>CV 23–61–M–DWM<br><br>**DECLARATION OF ALICE HELD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Alice Held, declare as follows:

1. I make this declaration from personal knowledge.

2. I am a student at the University of Montana, studying applied human physiology with a specialty in exercise metabolism. I live in Missoula.

3. I joined TikTok during the Covid-19 pandemic as a creative outlet to share my outdoor adventures with the world. I fell in love with creating videos about my passions—long-distance running, hiking, mountain climbing, biking, and camping. Over time, my videos grew in popularity and eventually went "viral" when I documented camping for a month during the pandemic. I believe the public enjoyed these videos because people were in need of inspiration and wanted to see new ways of living during this difficult time.

4. I now have over 216,000 followers on TikTok. I continue to create videos about my outdoor adventures, showcasing Montana's incredible natural beauty. I also use TikTok to connect with others in my community and to discuss important issues, such as exercise, mental health, and sobriety. I believe the app is a valuable resource that can provide a sense of hope and motivation to those who do not have access to traditional therapy. There is also a lot of great fitness content on TikTok that can be done at home or outdoors for those who do not have the means to purchase expensive gym memberships or sporting equipment.

5. I have found greater success on TikTok than other social media apps in terms of gaining followers. For example, while I have over 216,000 followers on TikTok, I only have about 7,000 followers on Instagram. I believe that the TikTok algorithm has allowed me to access a broader audience than I have on other apps.

6. I use TikTok more for my own creative expression and connecting with others than I do for income generation. However, I do generate some income from the app through brand deals.

7. If the Montana TikTok ban is allowed to take effect, I believe it would violate my and other Montanans' First Amendment right to free speech. I think social media can be a powerful tool for connection, hope, and inspiration. Through TikTok, I have had experiences that have shown me that we have a lot more in common than we would ever think. And I believe that discovering that proximity strengthens our humanity.

I declare under penalty of perjury that the foregoing is true and correct.

Signed in Missoula, Montana this 2nd day of July, 2023.

_____
Alice Held