IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>　　　　　　　Plaintiffs,<br>and<br><br>TIKTOK INC.,<br><br>　　　　　Consolidated Plaintiff,<br><br>vs.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>　　　　　　　Defendant. | Lead Case No.<br>CV 23–56–M–DWM<br><br>Member Case No.<br>CV 23–61–M–DWM<br><br>ORDER |

On July 5, 2023, Plaintiffs and Consolidated Plaintiff each moved for a preliminary injunction in this matter. (Docs. 11, 17.) The parties also jointly moved for the Court to adopt a preliminary injunction briefing schedule, abrogating both the standard briefing deadlines and the requirement to file a

1

responsive pleading as mandated by the Federal Rules of Civil Procedure. Accordingly,

IT IS ORDERED that the parties' motion to set a briefing schedule (Doc. 19) is GRANTED IN PART and DENIED IN PART as follows:

1. Defendant must file a responsive pleading in each case by July 31, 2023.

2. Plaintiffs' and Consolidated Plaintiff's motions for preliminary injunction shall be briefed on the following schedule:

    a) Consolidated Plaintiff TikTok Inc. shall serve responses to Defendant's proposed discovery requests circulated on June 26, 2023 by **July 21, 2023**.

    b) Defendant is directed to file a single, consolidated brief not to exceed 8000 words in opposition to Plaintiffs' and Consolidated Plaintiff's motions for preliminary injunction by **August 18, 2023**.

    c) Plaintiffs and Consolidated Plaintiff shall file a single, consolidated reply brief not to exceed 4500 words by **September 15, 2023**.

    d) Following the completion of briefing, the Court shall hold a hearing on Plaintiffs' and Consolidated Plaintiff's motions for preliminary injunction on **October 12, 2023**, at 9:00 a.m. in the Russell Smith

Courthouse, Missoula, Montana. After briefing is submitted, time limits will be imposed for oral argument.

DATED this 7th day of July, 2023.

Donald W. Molloy, District Judge
United States District Court