# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*,<br><br>*Plaintiffs,*<br><br>TIKTOK INC.,<br><br>*Consolidated Plaintiff,*<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana,*<br><br>*Defendant.* | Lead Case No.<br>CV 23-56-M-DWM<br><br>Member Case No.<br>CV 23-61-M-DWM<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF** |

NetChoice, LLC and Chamber of Progress have filed an Unopposed Motion for Leave to File *Amici Curiae* Brief ("Motion") pursuant to Local Rule 7.5. No party opposes the Motion.

Upon consideration of the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. NetChoice, LLC and Chamber of Progress are hereby granted leave, in the above-captioned action, to file an *amici* brief of no more than 4,000 words on or before August 4, 2023.

Dated: July ___, 2023

 

_____
Hon. Donald W. Malloy
United States District Court Judge