# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*, <br><br> *Plaintiffs*, <br><br> and <br><br> TIKTOK INC., <br><br> *Consolidated Plaintiff*, <br><br> v. <br><br> AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, <br><br> *Defendant.* | Lead Case No. <br> CV 23-56-M-DWM <br><br> Member Case No. <br> CV 23-61-M-DWM <br><br> **[PROPOSED] ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION OF MONTANA, AND ELECTRONIC FRONTIER FOUNDATION** |

Upon consideration of the Motion for Leave to File Brief of Amici Curiae American Civil Liberties Union, American Civil Liberties Union of Montana, and Electronic Frontier Foundation, it is hereby ORDERED that the motion is GRANTED and Amici shall file their brief of no more than 5,000 words on or before August 4, 2023.

Dated this ___ day of July, 2023.

_____

Donald W. Molloy, District Judge

United States District Court