IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>    Plaintiffs,<br>and<br><br>TIKTOK INC.,<br><br>    Consolidated Plaintiff,<br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*,<br><br>    Defendant. | CV 23-56-M-DWM<br>CV 23-61-M-DWM<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF** |

The Computer & Communications Industry Association ("CCIA"), has moved to file an *amicus curiae* brief in this matter pursuant to L.R. 7.5.

Having considered CCIA's Unopposed Motion, it is HEREBY ORDERED that CCIA's Motion for Leave to File an *Amicus Curiae* Brief is granted and CCIA has leave to file an *amicus curiae* brief in this matter due no later than August 4, 2023.

DATED this ____ day of July, 2023.

Donald W. Molloy, District Judge<br>
United States District Court

1

USA.608180413.1/BYJ