Jonathan C. McDonald
McDonald Law Office, PLLC
P.O. Box 1570
Helena, MT 59624
jm@mcdonaldlawmt.com
ph. (406) 442-1493

Ilana H. Eisenstein, *pro hac vice* forthcoming
DLA Piper LLC (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103
ilana.eisenstein@us.dlapiper.com
ph. (215) 656-3300

Peter Karanjia, *pro hac vice* forthcoming
DLA Piper LLC (US)
500 Eighth Street, NW
Washington, DC 20004
peter.karanjia@dlapiper.com
ph. (202) 799-4000

Attorneys for *Amici Curiae* NetChoice, LLC and Chamber of Progress

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*,<br><br>      *Plaintiffs*,<br><br>TIKTOK INC.,<br><br>      *Consolidated Plaintiff*,<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*,<br><br>      *Defendant*. | Lead Case No.<br>CV 23-56-M-DWM<br><br>Member Case No.<br>CV 23-61-M-DWM<br><br>**DECLARATION OF ILANA H. EISENSTEIN IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

I, Ilana H. Eisenstein, state as follows:

1. I, by and through Montana counsel and pursuant to Rule 83.1(d) of the Local Rules of Procedure of the United States District Court for the District of Montana, respectfully apply to the Court to appear in this case *pro hac vice* on behalf of NetChoice, LLC and Chamber of Progress.

2. I do not reside in Montana, nor am I regularly employed in Montana. I reside in the Commonwealth of Pennsylvania and have my office at DLA Piper LLP (US), 1650 Market Street, Suite 5000, Philadelphia, PA 19103, (215) 656 3300, email: Ilana.Eisenstein@us.dlapiper.com

3. My firm will pay, simultaneously with filing this application, the admission fee shown on the Court's website.

4. I am proficient in electronic filing in another federal district court.

5. I have been admitted to practice before the following courts:

| Court | Admitted |
|---|---|
| PA Supreme Court | 6/13/2005 |
| US Supreme Court | 10/7/2014 |
| US Court of Appeals, 1st Circuit | 6/29/2020 |
| US Court of Appeals, 2nd Circuit | 4/20/2018 |
| US Court of Appeals, 3rd Circuit | 6/8/2005 |
| US Court of Appeals, 4th Circuit | 7/6/2018 |
| US Court of Appeals, 5th Circuit | 7/31/2019 |
| US Court of Appeals, 6th Circuit | 7/8/2020 |
| US Court of Appeals, 7th Circuit | 1/18/2019 |
| US Court of Appeals, 8th Circuit | 7/7/2020 |
| US Court of Appeals, 9th Circuit | 7/24/2018 |
| US Court of Appeals, 10th Circuit | 6/30/2020 |

| US Court of Appeals, 11th Circuit | 6/11/2020 |
| --- | --- |
| US Court of Appeals, DC Circuit | 9/15/2020 |
| US Court of Appeals, Federal Circuit | 7/23/2020 |
| Eastern District of Pennsylvania | 10/18/2017 |

My admission to these courts has not been terminated.

6. I am in good standing and eligible to practice in each of the courts listed above and am not currently suspended or disbarred in any other court.

7. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (f) or their state equivalent.

8. I am not currently making, nor have I made within the two years preceding this application, any *pro hac vice* applications to this Court.

9. I understand that *pro hac vice* admission in this Court is personal to me only and not an admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this Court.

10. In accordance with Montana Rule of Professional Conduct 8.5, I swear and affirm that I will be bound by the Montana Rules of Professional Conduct (except Rules 6.1 through 6.4) in my practice of law in this State.

11. Furthermore, I understand and certify that I will be subject to the disciplinary authority of this State. A copy of this certification will be mailed contemporaneously to the State Bar of Montana in Helena. Furthermore,

pursuant to Local Rule 83.2(a), I understand that the standards of professional conduct of attorneys appearing in this Court include the American Bar Association's Model Rules of Professional Conduct and the Montana Rules of Professional Conduct.

12.    I swear and affirm under penalty of perjury that I am the applicant in the above-styled matter; that I have read the foregoing application and know the contents thereof; and that the contents are true to my knowledge.

Executed this __27th__ day of __July,__ 2023 in the Commonwealth of Pennsylvania.

 

*/s/ Ilana H. Eisenstein*
Ilana H. Eisenstein
DLA Piper LLP (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103
ph: 215-656-3300
Ilana.eisenstein@us.dlapiper.com