Paul J. Lopach
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203-4541
Telephone:  (303) 861-7000
Facsimile:   (303) 866-0200
Email:          paul.lopach@bclplaw.com
*Attorney for Computer & Communications Industry Association*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>　　　　　　Plaintiffs,<br>　and<br>TIKTOK INC.,<br>　　　　　Consolidated Plaintiff,<br>v.<br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*,<br>　　　　　　Defendant. | CV 23-56-M-DWM<br>CV 23-61-M-DWM<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL DREEBEN** |

Pursuant to Local Rule 83.1(d), the undersigned counsel, Paul J. Lopach, respectfully submits the following Motion for Admission *Pro Hac Vice* of Michael Dreeben ("Motion") on behalf of *amicus curiae* Computer & Communications Industry Association ("CCIA").  If this Motion is granted, Mr. Dreeben will serve as an attorney of record for CCIA, which will file an amicus brief in the above-captioned litigation pursuant to Local Rule 7.5.

## MOTION

Paul J. Lopach submits this motion for the admission *pro hac vice* of Michael Dreeben of the Washington, DC office of O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC 20006, phone: 202-383-5400, email: mdreeben@omm.com, as an attorney of record for CCIA in the above-captioned litigation, and in support thereof states the following:

1. Mr. Dreeben is not admitted to practice in the United States District Court for the District of Montana, but is an active member in good standing of the Bar of the District of Columbia.

2. Mr. Dreeben is not currently suspended or disbarred by any court and has not ever been held in contempt or otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d), or (f), or their state equivalents.

3. Mr. Dreeben has not concurrently or within the two years preceding the date of this application made any *pro hac vice* applications to this Court.

4. Movant, Paul J. Lopach, Montana State Bar No. 4206, is a partner of the law firm Bryan Cave Leighton Paisner LLP.  Movant is a member in good standing of the Montana Bar and the United States District Court for the District of Montana, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom

the Court and counsel may readily communicate regarding the conduct of this case, upon whom filings shall be served, who shall participate actively in all phases of this action and sign all required pleadings, motions and briefs, and who shall be in compliance with the CM/ECF Administrative Procedures.

5. In accordance with this Court's Local Rules, Mr. Dreeben will make payment of this Court's $262.00 admission fee simultaneously with the filing of this Motion. The declaration of Mr. Dreeben required by Local Rule 83.1(d)(4) is filed herewith as **Exhibit A**. Pursuant to Local Rules 7.1(c)(3), a proposed order is filed herewith as **Exhibit B**, the Word version of which has been emailed to the court at dwm_propord@mtd.uscourts.gov.

Respectfully submitted this 2nd day of August, 2023.

By: *s/ Paul J. Lopach*
Paul J. Lopach
BRYAN CAVE LEIGHTON PAISNER LLP

*Attorney for Computer & Communications Industry Association*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on August 2, 2023, a true and correct copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE*OF MICHAEL DREEBEN** was served via the CM/ECF System on all counsel of record.

           */s/ Paul J. Lopach*
           Paul J. Lopach