## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., <br><br>                Plaintiffs, <br><br>   and <br><br> TIKTOK INC., <br><br>            Consolidated Plaintiff, <br> v. <br><br> AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, <br><br>            Defendant. | CV 23-56-M-DWM <br> CV 23-61-M-DWM <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL DREEBEN** |

Paul J. Lopach, on behalf of *Amicus curiae*, Computer & Communications Industry Association ("CCIA"), has moved for the admission of Michael Dreeben to practice before this Court with Paul J. Lopach to act as local counsel.  Mr. Dreeben's application appears to be in order.

Accordingly, IT IS ORDERED that the motion to admit Mr. Dreeben *pro hac vice* is GRANTED on the condition that *pro hac* counsel shall do his or her own work.  This means that *pro hac* counsel must do his or her own writing; sign his or her own pleadings, motions, and briefs; and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's office.

Ex. B

USA.607959454.1/BYJ

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within fifteen (15) days of the date of this Order, files a notice acknowledging counsel's admission under the terms set forth above.  In that notice, counsel shall also designate a single attorney with the authority to make any and all decisions related to the administration of this case as the primary point of contact for the parties to this action.

DATED this _____ day of August, 2023.

_____
Hon. Donald W. Molloy
United States District Court Judge