Alex Rate
ACLU of Montana
P.O. Box 1968
Missoula, MT 59806
Phone: (406) 443-8590
ratea@aclumontana.org

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*,<br><br>*Plaintiffs*,<br><br>and<br><br>TIKTOK INC.,<br><br>*Consolidated Plaintiff*,<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*,<br><br>*Defendant.* | Lead Case No.<br>CV 23-56-M-DWM<br><br>Member Case No.<br>CV 23-61-M-DWM<br><br><br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF ASHLEY GORSKI** |

Pursuant to Local Rule 83.1(d) of the United States District Court for the

District of Montana, I respectfully move the Court for an order admitting Ashley

Gorski, *pro hac vice*, so that Ms. Gorski may appear as counsel for Amici Curiae

1

American Civil Liberties Union, American Civil Liberties Union of Montana, and Electronic Frontier Foundation.

 I am an attorney for the American Civil Liberties Union of Montana, P.O. Box 1968, Missoula, Montana 59806. I am a member of the Bar of this Court who will act as local counsel. This Court may readily communicate with me regarding the conduct of this case, and insofar as Amici Curiae participate in this case, I will be responsible for such participation as required by Local Rule 83.1(d)(7). The Declaration of Ashley Gorski, attached hereto, supports the merits of this Motion pursuant to Local Rule 83.1(d)(4). Ms. Gorski is an active member in good standing of the courts set forth in her Declaration and is of good moral character.

 Therefore, I respectfully request that this Court grant the Motion for Admission *Pro Hac Vice* and allow Ms. Gorski to participate as counsel for Amici Curiae American Civil Liberties Union, American Civil Liberties Union of Montana, and Electronic Frontier Foundation in this matter. A Proposed Order is attached.

Dated: August 8, 2023         /s/ Alex Rate

                  Alex Rate (Bar No. 11226)
                  ACLU of Montana
                  P.O. Box 1968
                  Missoula, MT 59806
                  Phone: (406) 443-8590
                  ratea@aclumontana.org

*Counsel for Amici Curiae American Civil Liberties Union, American Civil Liberties Union of Montana, and Electronic Frontier Foundation*

## CONSENT

Pursuant to Local Rule 83.1(d)(3), I, Alex Rate, attorney with the American Civil Liberties Union of Montana, P.O. Box 1968, Missoula, Montana 59806, certify that I am a member in good standing of the State Bar of Montana, and hereby consent to being associated as attorney of record for Amici Curiae American Civil Liberties Union, American Civil Liberties Union of Montana, and Electronic Frontier Foundation in the above-referenced case, and with whom the Court may readily communicate regarding the conduct of the case, upon whom papers shall be served, and who will be responsible to participate as required under Local Rule 83.1(d)(7).

Dated: August 8, 2023                    /s/ Alex Rate

Alex Rate (Bar No. 11226)
ACLU of Montana
P.O. Box 1968
Missoula, MT 59806
Phone: (406) 443-8590
ratea@aclumontana.org

*Counsel for Amici Curiae American Civil Liberties Union, American Civil Liberties Union of Montana, and Electronic Frontier Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: August 8, 2023　　　　　　　　　　 /s/ Alex Rate

　　　　　　　　　　　　　　　　　　　Alex Rate (Bar No. 11226)
　　　　　　　　　　　　　　　　　　　ACLU of Montana
　　　　　　　　　　　　　　　　　　　P.O. Box 1968
　　　　　　　　　　　　　　　　　　　Missoula, MT 59806
　　　　　　　　　　　　　　　　　　　Phone: (406) 443-8590
　　　　　　　　　　　　　　　　　　　ratea@aclumontana.org

　　　　　　　　　　　　　　　　　　　*Counsel for Amici Curiae American Civil Liberties Union, American Civil Liberties Union of Montana, and Electronic Frontier Foundation*