UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*, <br><br> Plaintiffs, <br><br> and, <br><br> TIKTOK INC., <br><br> Consolidated Plaintiff, <br><br> v. <br><br> AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana* <br><br> Defendant. | Lead Case No. CV-23-56-M-DWM <br><br> Member Case No. CV-23-61-M-DWM <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF AMICI CURIAE COMMONWEALTH OF VIRGINIA AND OTHER STATES FOR LEAVE TO FILE BRIEF AS AMICI CURIAE** |

The Commonwealth of Virginia and other States (collectively, "Amici States") have filed an Unopposed Motion for Leave to File Brief as Amici Curiae ("Motion").

Upon consideration of the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. Amici States are hereby granted leave, in the above-captioned action, to file an amici brief of no more than 4,000 words on or before September 11, 2023.

1

Dated: September ___, 2023.

                                                  _____
                                                  Donald W. Malloy, District Judge
                                                  United States District Court