Abby Jane Moscatel, Esq.
SBMT# 66245187
Blacktail Law Group, PLLC
P.O. Box 931
Lakeside, Montana 59922
Amoscatel@blacktaillaw.com
Fx 406.205.9825
Ph 406.318.7223

*Attorney for Amicus Curiae,*
*Institute for Family Studies*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*,<br><br>    *Plaintiff,*<br><br>TIKTOK INC.,<br><br>    *Consolidated Plaintiff;*<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana,*<br><br>    *Defendant.* | CV 23-56-M-DWN<br><br>CV 23-61-M-DWN<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN OPPOSITION TO PLAINTIFFS AND CONSOLIDATED PLAINTIFF** |

1

2

    Proposed amicus curiae for the Institute for Family Studies has filed an unopposed Motion for Leave to File an amicus curiae Brief in Opposition to Plaintiffs Alario et al. and Consolidated Plaintiff TikTok Inc. For good cause shown, the unopposed motion for leave to file the brief of amicus curiae is GRANTED, and IT IS HEREBY ORDERED that the Institute of Family Studies shall file its Amicus Curiae Brief by September 14, 2023.

SO ORDERED.

Dated:                                                                                    _____
                                                                                  Hon. Donald W. Molloy