JASON S. MIYARES*  
Attorney General of Virginia  
ANDREW N. FERGUSON**  
Solicitor General  
KEVIN M. GALLAGHER**  
Deputy Solicitor General  
ANNIE CHIANG*  
Assistant Solicitor General  
  202 North Ninth Street  
  Richmond, VA 23219  
  Telephone: (804) 786-7704  
E-mail: AFerguson@oag.state.va.us  

DALE SCHOWENGERDT  
Landmark Law, PLLC  
  7 West 6th Ave. Suite 518  
  Helena, MT 59601  
  Telephone: (406) 457-5496  
  dale@landmarklawpllc.com  

*Attorneys for Amicus Curiae  
Commonwealth of Virginia*

*Not to be admitted or added to docket*  
*\*\*Pro hac vice forthcoming*

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MONTANA MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*,<br>Plaintiffs,<br>and,<br>TIKTOK INC.,<br>Consolidated Plaintiff,<br>v.<br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*<br>Defendant. | Lead Case No.<br>CV-23-56-M-DWM<br><br>Member Case No.<br>CV-23-61-M-DWM<br><br>***AMICUS CURIAE* THE COMMONWEALTH OF VIRGINIA'S MOTION FOR ADMISSION PRO HAC VICE OF ANDREW N. FERGUSON** |

*Amicus Curiae* the Commonwealth of Virginia, through counsel Dale Schowengerdt, an attorney in good standing before this Court, moves the Court for an Order admitting Andrew N. Ferguson, of the Commonwealth of Virginia's Office of the Attorney General, to practice *pro hac vice* before this Court for purposes of this case pursuant to Local Rule 83.1(d).

Andrew N. Ferguson will serve as co-counsel on this matter with Dale Schowengerdt, who consents to being designated as an individual with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom documents may be served, and who will be responsible to participate as required under Local Rule 83.1(d)(5).

Attached is the Affidavit of Andrew N. Ferguson with the information required by Rule 83.1(d)(3).

Pursuant to Local Rule 83.1(d)(3)(B), simultaneously with the filing of this application, the admission fee for the *pro hac vice* application, as shown on the Court's website, will be paid to the Clerk of Court.

*Amicus Curiae* requests that Andrew N. Ferguson be admitted *pro hac vice* to serve as an attorney of record for amici curiae the

Commonwealth of Virigina and other states in this matter. A proposed Order is attached to this motion and will also be e-mailed to the Judge's address for proposed orders as required by Local Rule 7.1(c)(3).

Respectfully submitted this 14th day of September, 2023,

<div style="margin-left: 2em;">

*/s/ Dale Schowengerdt*
Dale Schowengerdt
LANDMARK LAW, PLLC
7 West 6th Ave. Suite 518
Helena, MT 59601
Tel: (406) 457-5496
dale@landmarklawpllc.com

*Local Counsel for Amicus Curiae*
*Commonwealth of Virginia*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2023, I served a true and correct copy of the foregoing **AMICUS CURIAE THE COMMONWEALTH OF VIRGINIA'S UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE OF ANDREW N. FERGUSON** via the Court's electronic case filing system that will cause the foregoing to be served upon all counsel of record.

/s/ *Dale Schowengerdt*