IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MONTANA MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*,<br>                    Plaintiffs,<br>    and,<br>TIKTOK INC.,<br>           Consolidated Plaintiff,<br>        v.<br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*<br>                    Defendant. | Lead Case No.<br>CV-23-56-M-DWM<br><br>Member Case No.<br>CV-23-61-M-DWM<br><br>**ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF KEVIN M. GALLAGHER** |

Amici Curiae Commonwealth of Virginia has moved for the admission of Kevin M. Gallagher to practice before this Court in this case with Dale Schowengerdt to act as local counsel. Mr. Gallagher's application appears to be in order.

Accordingly, IT IS ORDERED that the motion to admit Kevin M. Gallagher *pro hac vice* (Doc. __) is GRANTED on the condition that *pro hac* counsel shall do his own work. This means that *pro hac* counsel must do his own writing and sign his own briefs. Counsel shall take steps to

register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within fifteen days of the date of this Order, files a notice acknowledging counsel's admission under the terms set forth above. In that notice, amici counsel shall also designate a single attorney with the authority to make any and all decisions related to the administration of this case as the primary point of contact for the parties.

DATED this \_\_\_\_ day of _____, 2023.

_____
Honorable Donald W. Molloy
United States District Court Judge