| | |
|---|---|
| Natasha Prinzing Jones<br>BOONE KARLBERG P.C.<br>201 West Main St., Suite 300<br>Missoula MT 59807<br>(406) 543-6646<br>npjones@boonekarlberg.com<br><br>*Attorney for Plaintiffs*<br><br>Rob Cameron<br>JACKSON, MURDO & GRANT, P.C.<br>203 North Ewing<br>Helena, MT 59601<br>(406) 389-8244<br>rcameron@jmgattorneys.com<br><br>*Attorney for Consolidated Plaintiff* | CHRISTIAN B. CORRIGAN<br>*Solicitor General*<br>PETER M. TORSTENSEN, JR.<br>*Assistant Solicitor General*<br>Montana Department of Justice<br>P.O. Box 201401<br>Helena, MT 59620<br>(406) 444-2026<br>Christian.Corrigan@mt.gov<br>Peter.Torstensen@mt.gov<br><br>*Attorneys for Defendant* |

*(additional counsel listed on signature page)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>                *Plaintiffs*,<br>and<br><br>TIKTOK INC.,<br><br>          *Consolidated Plaintiff*,<br><br>       v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*,<br><br>                *Defendant.* | CV 23-56-M-DWM<br>CV 23-61-M-DWM<br><br>**JOINT MOTION REGARDING PRELIMINARY INJUNCTION HEARING** |

In this Court's scheduling order dated July 7, 2023, the Court ruled that "[a]fter briefing is submitted, time limits will be imposed for oral argument."

The Parties respectfully request the Court's guidance on whether the Court wishes to hear witness testimony at the hearing on October 12, 2023. Absent direction from the Court that witness testimony would assist the Court, the parties have stipulated that only argument from counsel will be presented.

Dated: September 18, 2023

Respectfully submitted,

/s/ *Natasha Prinzing Jones*
Natasha Prinzing Jones
BOONE KARLBERG P.C.
201 West Main St., Suite 300
P.O Box 9199
Missoula MT 59807
(406) 543-6646
npjones@boonekarlberg.com
mhayhurst@boonekarlberg.com

Ambika Kumar*
Tim Cunningham*
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 330
Seattle, WA 98104-1610
(206) 622-3150
ambikakumar@dwt.com
timcunningham@dwt.com
*admitted pro hac vice

*Attorneys for Plaintiffs
Samantha Alario, Heather Dirocco, Carly Ann Goddard, Alice Held, and Dale Stout*

/s/ *Christian B. Corrigan*
Christian B. Corrigan
 *Solicitor General*
Peter M. Torstensen, Jr.
 *Assistant Solicitor General*
Montana Department of Justice
P.O. Box 201401
Helena, MT 59620
(406) 444-2026
Christian.Corrigan@mt.gov
Peter.Torstensen@mt.gov

*Attorneys for Defendant*

*/s/ Rob Cameron*
Rob Cameron
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com
nbilyeu@jmgattorneys.com

Alexander A. Berengaut*
Megan A. Crowley*
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
aberengaut@cov.com
mcrowley@cov.com
*admitted pro hac vice

*Attorneys for Consolidated Plaintiff TikTok Inc.*