IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., <br> *Plaintiffs,* <br> and <br> TIKTOK INC., <br> *Consolidated Plaintiff,* <br> v. <br> AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana,* <br> *Defendant.* | CV 23-56-M-DWM <br> CV 23-61-M-DWM <br> **[PROPOSED] ORDER REGARDING PRELIMINARY INJUNCTION HEARING** |

All parties, through their respective counsel, have filed a joint motion regarding the organization of the hearing on Plaintiffs' and Consolidated Plaintiff's motions for preliminary injunction, ordered by this Court to take place on October 12, 2023.

Upon consideration of that motion, IT IS HEREBY ORDERED that

1. The hearing on Plaintiffs' and Consolidated Plaintiff's motions for preliminary injunction on October 12, 2023 will be limited to hearing arguments of counsel.

2. The hearing shall be subject to the following additional limitations: _____.

DATED this _____ day of _____, 2023.

_____
Donald W. Molloy, District Judge
United States District Court