Joel L. Thayer*
Thayer, PLLC
1255 Union Street, 7th Floor
Washington, D.C. 20002
Telephone:  (760) 668-0934
Email:  JThayer@thayer.tech
*Admitted *pro hac vice*

Jack G. Connors
DONEY CROWLEY P.C.
P.O. Box 1185
Helena, MT  59624-1185
Telephone:  (406) 443-2211
Facsimile:  (406) 449-8443
Email:  jconnors@doneylaw.com

*Attorneys for Amicus Curiae, Digital Progress Institute*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., | Lead Case No. CV 23-56-M-DWM |
| Plaintiff,<br>TIKTOK INC., | Member Case No. CV 23-61-M-DWM |
| Consolidated Plaintiff; | **NOTICE AND ACCEPTANCE OF *PRO HAC VICE* ADMISSION** |
| vs. | |
| AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana, | |
| Defendant. | |

I, Joel L. Thayer, admitted *pro hac vice* on September 14, 2023, hereby acknowledge receipt of and accept the Court's Order (Doc. 64), and I hereby affirm the following conditions:

1. Local counsel, Jack G. Connors of Doney Crowley P.C., will serve as co-lead-counsel;

2. I will do my own work.  I will do my own writing, sign my own pleadings, motions and briefs, and I will appear and participate personally in all proceedings before this Court;

3. Local counsel, Jack G. Connors of Doney Crowley P.C. will, at all times and without exception, perform and carry out all duties and responsibilities required of local counsel in compliance with L.R. 831(d)(7);

4. I am the attorney with authority to make any and all decisions related to the administration of this case and will act as the primary point of contact for the opposing party; and

5. Admission is personal to me; it is not an admission of Thayer, PLLC as a law firm.

DATED this 22nd day of September, 2023.

THAYER PLLC


/s/ Joel L. Thayer
_____
Joel L. Thayer
1255 Union Street, 7th Floor
Washington, D.C. 20002
JThayer@thayer.tech
(760) 668-0934

DONEY CROWLEY P.C.


/s/ Jack G. Connors
_____
Jack G. Connors
P.O. Box 1185
Helena, MT  59624-1185
Telephone:  (406) 443-2211
Facsimile:  (406) 449-8443
Email:  jconnors@doneylaw.com

*Attorneys for Amicus Curiae,*
*Digital Progress Institute*