JASON S. MIYARES**
Attorney General of Virginia
ANDREW N. FERGUSON*
Solicitor General
KEVIN M. GALLAGHER*
Deputy Solicitor General
ANNIE CHIANG**
Assistant Solicitor General 202
  North Ninth Street
  Richmond, VA 23219
  Telephone: (804) 786-7704
E-mail: AFerguson@oag.state.va.us

 *Pro hac vice
**Not to be admitted or added to docket

DALE SCHOWENGERDT
Landmark Law, PLLC
  7 West 6th Ave. Suite 518
  Helena, MT 59601
  Telephone: (406) 457-5496
dale@landmarklawpllc.com

*Attorneys for Amicus Curiae
Commonwealth of Virginia*

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MONTANA MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*,<br>Plaintiffs,<br>and,<br>TIKTOK INC.,<br>Consolidated Plaintiff,<br>v.<br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*<br>Defendant. | Lead Case No.<br>CV-23-56-M-DWM<br><br>Member Case No.<br>CV-23-61-M-DWM<br><br>**ACKNOWLEDGMENT AND ACCEPTANCE OF PRO HAC VICE ADMISSION** |

1

I, Andrew N. Ferguson, admitted pro hac vice on September 14, 2023, hereby acknowledge receipt of and accept the Court's Order (Doc. 68), and I hereby affirm the following conditions:

(A) Local counsel, Dale Schowengerdt, will serve as co-lead counsel;

(B) I will do my own work. I will do my own writing and sign my own briefs;

(C) I acknowledge that use of generative AI drafting programs, such as Chat GPT, is prohibited;

(D) I have registered in the Court's electronic filing system ("CM-ECF");

(E) Local counsel, Dale Schowengerdt will, at all times and without exception, perform and carry out all duties and responsibilities required of local counsel in compliance with L.R. 83.1(d)(7);

(F) I have the authority to make any and all decisions related to the administration of this case and will act as the primary point of contact for the opposing party; and

(G) Admission is personal to me; it is not an admission of the Attorney General's Office.

Dated: September 26, 2023.

Respectfully Submitted,

*/s/ Andrew N. Ferguson*
ANDREW N. FERGUSON\*
Solicitor General
202 North Ninth Street
　Richmond, VA 23219
　Telephone: (804) 786-7704
E-mail: AFerguson@oag.state.va.us

*\*Pro hac vice*

*Attorney for Amicus Curiae*
*Commonwealth of Virginia*