JASON S. MIYARES**
Attorney General of Virginia
ANDREW N. FERGUSON*
Solicitor General
KEVIN M. GALLAGHER*
Deputy Solicitor General
ANNIE CHIANG**
Assistant Solicitor General 202
  North Ninth Street
  Richmond, VA 23219
  Telephone: (804) 786-7704
E-mail: AFerguson@oag.state.va.us

  *Pro hac vice
**Not to be admitted or added to docket

DALE SCHOWENGERDT
Landmark Law, PLLC
  7 West 6th Ave. Suite 518
  Helena, MT 59601
  Telephone: (406) 457-5496
dale@landmarklawpllc.com

*Attorneys for Amicus Curiae
Commonwealth of Virginia*

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MONTANA MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*,<br>Plaintiffs,<br>and,<br>TIKTOK INC.,<br>Consolidated Plaintiff,<br>v.<br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*<br>Defendant. | Lead Case No.<br>CV-23-56-M-DWM<br><br>Member Case No.<br>CV-23-61-M-DWM<br><br>**ACKNOWLEDGMENT AND ACCEPTANCE OF PRO HAC VICE ADMISSION** |

1

I, Kevin M. Gallagher, admitted pro hac vice on September 12, 2023, hereby acknowledge receipt of and accept the Court's Order (Doc. 69), and I hereby affirm the following conditions:

(A)   Local counsel, Dale Schowengerdt, will serve as co-lead counsel;

(B)   I will do my own work. I will do my own writing and sign my own briefs;

(C)   I acknowledge that use of generative AI drafting programs, such as Chat GPT, is prohibited;

(D)   I have registered in the Court's electronic filing system ("CM-ECF");

(E)   Local counsel, Dale Schowengerdt will, at all times and without exception, perform and carry out all duties and responsibilities required of local counsel in compliance with L.R. 83.1(d)(7);

(F)   Attorney Andrew N. Ferguson has authority to make any and all decisions related to the administration of this case and will act as the primary point of contact for the opposing parties; and

(G)   Admission is personal to me; it is not an admission of the Attorney General's Office.

Dated: September 26, 2023.

Respectfully Submitted,

*/S/ Kevin M. Gallagher*
KEVIN M. GALLAGHER*
Deputy Solicitor General
202 North Ninth Street
 Richmond, VA 23219
 Telephone: (804) 786-7704
E-mail: KGallagher@oag.state.va.us

*Pro hac vice*

*Attorneys for Amicus Curiae
Commonwealth of Virginia*