# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA



## Request to Stream Court Proceedings

Before you proceed to complete this form, please carefully read and understand the following rules and guidelines:

*Eligibility*

    This form should be completed if you would like to request access to a non-trial civil proceeding that does not involve witnesses. Criminal cases are not available for streaming.

*Submission Format*

    Requests must be made through this online form only. Please complete all fields.

*Submission Deadline*

    Requests made less than 24 hours prior to the proceeding cannot be guaranteed.

*Notification of Decision*

    Access to streaming is at the discretion of the judicial officer. You will be notified of the court's decision via email or telephone.

Email your completed form to mtd_streaming@mtd.uscourts.gov.

Name:

Case Number/Case Name:

Date/Time of Hearing:

Email:

Telephone: