UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA



**Request to Stream Court Proceedings**

Before you proceed to complete this form, please carefully read and understand the following rules and guidelines:

*Eligibility*

This form should be completed if you would like to request access to a non-trial civil proceeding that does not involve witnesses. Criminal cases are not available for streaming.

*Submission Format*

Requests must be made through this online form only. Please complete all fields.

*Submission Deadline*

Requests made less than 24 hours prior to the proceeding cannot be guaranteed.

*Notification of Decision*

Access to streaming is at the discretion of the judicial officer. You will be notified of the court's decision via email or telephone.

Email your completed form to mtd_streaming@mtd.uscourts.gov.

Name: Christian B. Corrigian

Case Number/Case Name: 9:23-cv-00056 (lead case) Alario, et al & TikTok, Inc. v. Knudsen

Date/Time of Hearing: October 12, 2023 at 9:00 a.m.

Email: christian.corrigan@mt.gov

Telephone: 406-444-2026