# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA



## Request to Stream Court Proceedings

Before you proceed to complete this form, please carefully read and understand the following rules and guidelines:

*Eligibility*

This form should be completed if you would like to request access to a non-trial civil proceeding that does not involve witnesses. Criminal cases are not available for streaming.

*Submission Format*

Requests must be made through this online form only. Please complete all fields.

*Submission Deadline*

Requests made less than 24 hours prior to the proceeding cannot be guaranteed.

*Notification of Decision*

Access to streaming is at the discretion of the judicial officer. You will be notified of the court's decision via email or telephone.

Email your completed form to mtd_streaming@mtd.uscourts.gov.

Name: Drew Harwell

Case Number/Case Name: 9:23-cv-00061-DWM, TikTok Inc. v. Knudsen

Date/Time of Hearing: 10/12/2023 at 9 a.m.

Email: drew.harwell@washpost.com

Telephone: 202-344-7918