AUSTIN KNUDSEN
Montana Attorney General
CHRISTIAN B. CORRIGAN
  *Solicitor General*
PETER M. TORSTENSEN, JR.
  *Assistant Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
Christian.corrigan@mt.gov

*Attorneys for Defendants*

TYLER GREEN (*pro hac vice forthcoming*)
Consovoy McCarthy PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
Phone: 703-243-9423
tyler@consovoymccarthy.com

KATHLEEN L. SMITHGALL
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
Phone: 703-243-9423
katie@consovoymccarthy.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., *Plaintiffs*, and TIKTOK INC., *Consolidated Plaintiff,* v. AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana *Defendant.* | Lead Case No. CV 23-56-M-DWM  Member Case No. CV 23-61-M-DWM  **DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL** |

Defendant provides notice to the Court and counsel that Kathleen L. Smithgall (MT Bar #67323943) enters her notice of appearance as counsel on behalf of Defendant in this matter. Please submit all correspondence, pleadings, and general mail to Ms. Smithgall via ECF or at the following address and email:

>Kathleen L. Smithgall
>CONSOVOY MCCARTHY PLLC
>1600 Wilson Boulevard
>Suite 700
>Arlington, VA 22209
>(703) 243-9423
>katie@consovoymccarthy.com

Dated: December 12, 2023         Respectfully submitted,

 */s/ Kathleen L. Smithgall*
Kathleen L. Smithgall
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
katie@consovoymccarthy.com