AUSTIN KNUDSEN
Montana Attorney General
CHRISTIAN B. CORRIGAN
  *Solicitor General*
PETER M. TORSTENSEN, JR.
  *Deputy Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
christian.corrigan@mt.gov
peter.torstensen@mt.gov

TYLER GREEN*
Consovoy McCarthy PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
Phone: 703-243-9423
tyler@consovoymccarthy.com
  **pro hac vice pending*

KATHLEEN L. SMITHGALL
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
Phone: 703-243-9423
katie@consovoymccarthy.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| SAMANTHA ALARIO, et al., <br><br> *Plaintiffs*, <br><br> and <br><br> TIKTOK INC., <br><br> *Consolidated Plaintiff*, <br><br> v. <br><br> AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana <br><br> *Defendant.* | Lead Case No. <br> CV 23-56-M-DWM <br><br><br> Member Case No. <br> CV 23-61-M-DWM <br><br><br><br> **MOTION FOR *PRO HAC VICE* ADMISSION OF TYLER GREEN** |

Pursuant to Local Rule 83.1(d), the undersigned respectfully moves this Court to admit Tyler Green, Consovoy McCarthy PLLC, 222 S. Main Street, 5th Floor, Salt Lake City, UT 84101, *pro hac vice*, to participate in this case.  Mr. Green will serve as co-counsel on this case with the undersigned local counsel and Peter M. Torstensen, Jr., who both consent to being designated as individuals with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom documents may be served, and who will be responsible to participate as required under Local Rule 83.1(d)(7).  The Declaration of Tyler Green is attached to this motion pursuant to Local Rule 83.1(d)(4).

WHEREFORE, Defendant respectfully requests that this Court grant its Motion for *pro hac vice* admission of Tyler Green and allow Mr. Green to participate as counsel for Defendant in this matter.  A proposed Order is attached.

DATED this 12th day of December, 2023.

> AUSTIN KNUDSEN
> Montana Attorney General
>
> */s/ Christian B. Corrigan*
> CHRISTIAN B. CORRIGAN
>   *Solicitor General*

        P<span>eter</span> M. T<span>orstensen</span>, J<span>r</span>.
         *Deputy Solicitor General*
        215 North Sanders
        P.O. Box 201401
        Helena, MT 59620-1401
        p. 406.444.2026
        christian.corrigan@mt.gov
        peter.torstensen@mt.gov

        K<span>athleen</span> L. S<span>mithgall</span>
        CONSOVOY MCCARTHY PLLC
        1600 Wilson Boulevard, Suite 700
        Arlington, VA 22209
        (703) 243-9423
        katie@consovoymccarthy.com