AUSTIN KNUDSEN
Montana Attorney General
CHRISTIAN B. CORRIGAN
  *Solicitor General*
PETER M. TORSTENSEN, JR.
  *Deputy Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
christian.corrigan@mt.gov
peter.torstensen@mt.gov

TYLER GREEN*
Consovoy McCarthy PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
Phone: 703-243-9423
tyler@consovoymccarthy.com
  **pro hac vice pending*

KATHLEEN L. SMITHGALL
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
Phone: 703-243-9423
katie@consovoymccarthy.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., <br><br> *Plaintiffs*, <br><br> and <br><br> TIKTOK INC., <br><br> *Consolidated Plaintiff,* <br><br> v. <br><br> AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana <br><br> *Defendant.* | Lead Case No. <br> CV 23-56-M-DWM <br><br><br> Member Case No. <br> CV 23-61-M-DWM <br><br><br> **DECLARATION OF TYLER GREEN** |

I, Tyler Green, of full age, hereby declare as follows:

1. I am a resident of Utah and an attorney with the law firm of Consovoy McCarthy PLLC. My firm contact information is as follows:

>Consovoy McCarthy PLLC
>222 S. Main Street
>5th Floor
>Salt Lake City, UT 84101
>Ph: (703) 243-9423
>Email: tyler@consovoymccarthy.com

2. I have paid the *pro hac vice* admission fee of $255, subject to reimbursement should this application be denied.

3. I am proficient in electronic filing in other federal district courts, which operate on the same CM/ECF system as the District of Montana.

4. I am member in good standing of the bar of Utah and the District of Columbia, and various federal courts, as follows:

| **Bar** | **Year of Admission** | **Address** |
|---|---|---|
| Utah | 2005 | Utah State Bar<br>645 South 200 East<br>Salt Lake City, UT 84111 |
| District of Columbia | 2008 | D.C. Bar<br>901 4th Street NW<br>Washington, DC 20001 |

1

| | | |
|---|---|---|
| United States Court of Appeals ("USCA") for the 10th Circuit | 2006 | Byron White Court House<br>1823 Stout Street<br>Denver, CO 80257 |
| USCA for the D.C. Circuit | 2008 | E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex<br>333 Constitution Ave., NW<br>Washington, DC 20001 |
| USCA for the 11th Circuit | 2018 | Elbert P. Tuttle Courthouse<br>56 Forsyth Street, NW<br>Atlanta, GA 30303 |
| USCA for the 6th Circuit | 2022 | Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 |
| USCA for the 8th Circuit | 2022 | Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>St. Louis, MO 63102 |
| USCA for the 9th Circuit | 2023 | James R. Browning Courthouse<br>95 7th Street<br>San Francisco, CA 94103 |
| Supreme Court of the United States | 2010 | 1 First Street, NE<br>Washington, DC 20543 |
| D.D.C. | 2015 | 333 Constitution Ave., NW<br>Washington, DC 20001 |

| D. Utah | 2015 | 351 South West Temple, Salt Lake City, UT 84101 |

5.   I am not under suspension or disbarment in any jurisdiction or court. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6.   I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d), or (f) or their state equivalents.

7.   I have complied with Montana Rule of Professional Conduct 8.5.

8.   I have not made an application for admission *pro hac vice* to this Court within the last two years.

9.   I understand that *pro hac vice* admission in this Court would be personal to me only and not the admission of Consovoy McCarthy

PLLC. I also understand that the Court will hold me fully accountable for the conduct of this litigation.

10. Montana Counsel for Defendant in this matter is Christian Corrigan, the Montana Office of the Attorney General, 215 North Sanders Street, Helena, MT 59601.

11. Mr. Corrigan is a member of the bar of this Court and consents to designation as the attorney and member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served under the terms of Local Rule 83.1(d)(6).

12. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2023                /s/   *Tyler Green*
                                             TYLER GREEN

4