IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., <br><br> *Plaintiffs*, <br><br> and <br><br> TIKTOK INC., <br><br> *Consolidated Plaintiff,* <br><br> v. <br><br> AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana <br><br> *Defendant.* | Lead Case No. <br> CV 23-56-M-DWM <br><br><br> Member Case No. <br> CV 23-61-M-DWM <br><br><br> **[PROPOSED] ORDER** |

Defendant moves for the admission of Tyler Green to practice before this Court in this case with Christian B. Corrigan and Peter M. Torstensen to act as local counsel. Mr. Green's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiffs' motion to admit Tyler Green *pro hac vice* is granted on the condition that *pro* hac counsel shall do his own work. This means that *pro hac* counsel must do his own

writing; sign his pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within 15 days of the date of this Order, files a notice acknowledging counsel's admission under the terms set forth above. In that notice, counsel shall also designate a single attorney with the authority make any and all decisions related to the administration of this cases as the primary point of contact for the opposing party.

DATED this \_\_\_\_\_ day of December, 2023

_____
Donald W. Molloy, District Judge
United States District Court