| | |
|---|---|
| AUSTIN KNUDSEN<br>Montana Attorney General<br>CHRISTIAN B. CORRIGAN<br>  *Solicitor General*<br>PETER M. TORSTENSEN, JR.<br>  *Deputy Solicitor General*<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>Phone: 406-444-2026<br>Fax: 406-444-3549<br>christian.corrigan@mt.gov<br>peter.torstensen@mt.gov<br><br>*Attorneys for Defendants* | TYLER GREEN*<br>Consovoy McCarthy PLLC<br>222 S. Main Street, 5th Floor<br>Salt Lake City, UT 84101<br>Phone: 703-243-9423<br>tyler@consovoymccarthy.com<br>  *Admitted *pro hac vice*<br><br>KATHLEEN L. SMITHGALL<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>Phone: 703-243-9423<br>katie@consovoymccarthy.com |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>*Plaintiffs*,<br><br>and<br><br>TIKTOK INC.,<br><br>*Consolidated Plaintiff,*<br><br>v.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana<br><br>*Defendant.* | Lead Case No.<br>CV 23-56-M-DWM<br><br><br>Member Case No.<br>CV 23-61-M-DWM<br><br><br><br>**NOTICE AND ACCEPTANCE<br>OF *PRO HAC VICE* ADMISSION** |

I, Tyler Green, admitted *pro hac vice* on December 18, 2023, hereby acknowledge receipt of and accept the Court's Order (Dkt. No. 117), and I hereby affirm the following conditions:

1. Local counsel, Christian B. Corrigan, Solicitor General will serve as lead counsel;

2. In accordance with the Court's Order of December 18, 2023, I hereby confirm that I will do my own work, do my own writing, sign my own pleadings, motions, and briefs, and will appear and participate personally in this proceeding to the extent necessary;

3. In accordance with the Court's Order of December 18, 2023, I hereby confirm that I will not use any generative AI drafting program, such as Chat GPT;

4. I have registered in the Court's electronic filing system (CM-ECF);

5. Local counsel, Christian B. Corrigan, Solicitor General, will, at all times and without exception, perform and carry out all duties and responsibilities required of local counsel in compliance with L.R. 83.1(d)(7);

6. Christian B. Corrigan is the attorney with authority to make

any and all decisions related to the administration of this case and will act as the primary point of contact for the opposing party; and

    6.    Admission is personal to me; it is not an admission of Consovoy McCarthy PLLC.

    DATED this 19th day of December, 2023.

> AUSTIN KNUDSEN
> Montana Attorney General
>
> */s/ Tyler Green*
> Tyler Green*
> Consovoy McCarthy PLLC
> 222 S. Main Street, 5th Floor
> Salt Lake City, UT 84101
> Phone: 703-243-9423
> tyler@consovoymccarthy.com
>   *Admitted *pro hac vice*
>
> CHRISTIAN B. CORRIGAN
>   *Solicitor General*
> PETER M. TORSTENSEN, JR.
>   *Deputy Solicitor General*
> 215 North Sanders
> P.O. Box 201401
> Helena, MT 59620-1401
> p. 406.444.2026
> christian.corrigan@mt.gov
> peter.torstensen@mt.gov
>
> KATHLEEN L. SMITHGALL
> Consovoy McCarthy PLLC
> 1600 Wilson Boulevard, Suite 700
> Arlington, VA 22209
> (703) 243-9423

katie@consovoymccarthy.com