Austin Knudsen
  *Montana Attorney General*
Christian B. Corrigan
  *Solicitor General*
Peter M. Torstensen, Jr.
  *Deputy Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
christian.corrigan@mt.gov
peter.torstensen@mt.gov

Tyler Green*
Consovoy McCarthy PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
Phone: 703-243-9423
tyler@consovoymccarthy.com
   *Admitted *pro hac vice*

Kathleen L. Smithgall
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
Phone: 703-243-9423
katie@consovoymccarthy.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| Samantha Alario, et al., *Plaintiffs*, and TikTok Inc., *Consolidated Plaintiff*, v. Austin Knudsen, in his official capacity as Attorney General of the State of Montana, *Defendant*. | Lead Case No. CV 23-56-M-DWM<br><br>Member Case No. CV 23-61-M-DWM<br><br>**Preliminary Injunction Appeal** |

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1292(a)(1), notice is hereby given that Defendant Austin Knudsen appeals the Court's Order filed November 30, 2023 (Doc. 113). This appeal is taken to the United States Court of Appeals for the Ninth Circuit.

DATED this 2nd day of January, 2024.

>AUSTIN KNUDSEN
>  *Montana Attorney General*
>CHRISTIAN B. CORRIGAN
>  *Solicitor General*
>
>*/s/  Peter M. Torstensen, Jr.*
>PETER M. TORSTENSEN, JR.
>  *Deputy Solicitor General*
>215 North Sanders
>P.O. Box 201401
>Helena, MT 59620-1401
>p. 406.444.2026
>christian.corrigan@mt.gov
>peter.torstensen@mt.gov
>
>KATHLEEN L. SMITHGALL
>CONSOVOY MCCARTHY PLLC
>1600 Wilson Boulevard, Suite 700
>Arlington, VA 22209
>(703) 243-9423
>katie@consovoymccarthy.com

>Tyler Green*
>Consovoy McCarthy PLLC
>222 S. Main Street, 5th Floor
>Salt Lake City, UT 84101
>Phone: 703-243-9423
>tyler@consovoymccarthy.com
>  *Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: January 2, 2024      */s/   Peter M. Torstensen, Jr.*
                            PETER M. TORSTENSEN, JR.