| | |
|---|---|
| AUSTIN KNUDSEN<br>  *Montana Attorney General*<br>CHRISTIAN B. CORRIGAN<br>  *Solicitor General*<br>PETER M. TORSTENSEN, JR.<br>  *Deputy Solicitor General*<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>Phone: 406-444-2026<br>Fax: 406-444-3549<br>christian.corrigan@mt.gov<br>peter.torstensen@mt.gov<br><br>*Attorneys for Defendants* | TYLER GREEN*<br>Consovoy McCarthy PLLC<br>222 S. Main Street, 5th Floor<br>Salt Lake City, UT 84101<br>Phone: 703-243-9423<br>tyler@consovoymccarthy.com<br>  *Admitted *pro hac vice*<br><br>KATHLEEN L. SMITHGALL<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>Phone: 703-243-9423<br>katie@consovoymccarthy.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, ET AL.,<br><br>            *Plaintiffs*,<br><br>and<br><br>TIKTOK INC.,<br><br>           *Consolidated Plaintiff,*<br><br>v.<br><br>AUSTIN KNUDSEN, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>           *Defendant.* | Lead Case No.<br>CV 23-56-M-DWM<br><br><br><br>Member Case No.<br>CV 23-61-M-DWM<br><br><br><br>**STATEMENT OF REPRESENTATION** |

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2, Defendant submits this Representation Statement. The following list identifies all parties to the action along with the names, addresses, telephone numbers and email of their respective counsel:

| Plaintiffs and Appellees: | Counsel of Record: |
|---|---|
| Samantha Alario, Heather DiRocco, Carly Ann Goddard, Alice Held, and Dale Stout | Ambika Kumar*<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue<br>Suite 3300<br>Seattle, WA 98104-1610<br>Phone:  206-757-8030<br>ambikakumar@dwt.com<br>*Admitted *pro hac vice*<br><br>Matthew B. Hayhurst<br>Boone Karlberg, P.C.<br>201 West Main Street, Suite 300<br>P.O. Box 9199<br>Missoula, MT 59807-9199<br>Phone:  406-543-6646<br>mhayhurst@boonekarlberg.com<br><br>Natasha Prinzing Jones<br>Boone Karlberg, P.C.<br>201 West Main Street, Suite 300<br>P.O. Box 9199<br>Missoula, MT 59807-9199<br>Phone:  406-543-6646<br>npjones@boonekarlberg.com |

|  | Tim Cunningham* <br> Davis Wright Tremaine LLP <br> 1300 SW 5th Ave., Suite 2400 <br> Portland, OR 97201 <br> Phone: 503-778-5299 <br> timcunningham@dwt.com <br> *Admitted *pro hac vice* |
|---|---|
| Consolidated Plaintiff and Appellee: <br><br> TikTok Inc. | Counsel of Record: <br><br> Nathan D. Bilyea <br> Jackson, Murdo & Grant, P.C. <br> 203 N. Ewing Street <br> Helena, MT 59601-4298 <br> Phone: 406-442-1314 <br> nbilyeau@jmgattorneys.com <br><br> Robert Thomas Cameron <br> Jackson, Murdo & Grant, P.C. <br> 203 N. Ewing Street <br> Helena, MT 59601-4298 <br> Phone: 406-442-7033 <br> rcameron@jmgattorneys.com <br><br> Alexander a. Berengaut <br> Covington & Burling LLP <br> One City Center <br> 850 10th St., NW <br> Washington, DC 20001 <br> Phone: 202-662-6000 <br> aberengaut@cov.com <br> *Admitted *pro hac vice* |

|  | Megan Crowley<br>Covington & Burling LLP<br>One City Center<br>850 10th St., NW<br>Washington, DC 20001<br>Phone: 202-662-5112<br>mcrowley@cov.com<br>*Admitted *pro hac vice* |
|---|---|
| Defendant and Appellant:<br><br>Austin Knudsen, in his official capacity as Attorney General of the State of Montana, | Counsel of Record<br><br>CHRISTIAN B. CORRIGAN<br>Solicitor General<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>Phone: 406-444-2026<br>christian.corrigan@mt.gov<br><br>Brent Mead<br>Deputy Solicitor General<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>Phone: 406-444-2026<br>brent.mead2@mt.gov<br><br>PETER M. TORSTENSEN, JR<br>Deputy Solicitor General<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>Phone: 406-444-2026<br>peter.torstensen@mt.gov |

|  | TYLER GREEN*<br>Consovoy McCarthy PLLC<br>222 S. Main Street, 5th Floor<br>Salt Lake City, UT 84101<br>Phone: 703-243-9423<br>tyler@consovoymccarthy.com<br>  *Admitted *pro hac vice*<br><br>KATHLEEN L. SMITHGALL<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>Phone: 703-243-9423<br>katie@consovoymccarthy.com |
|---|---|

DATED this 2nd day of January, 2024.

> AUSTIN KNUDSEN
>   *Montana Attorney General*
> CHRISTIAN B. CORRIGAN
>   *Solicitor General*
>
> /s/   Peter M. Torstensen, Jr.
> PETER M. TORSTENSEN, JR.
>   *Deputy Solicitor General*
> 215 North Sanders
> P.O. Box 201401
> Helena, MT 59620-1401
> p. 406.444.2026
> christian.corrigan@mt.gov
> peter.torstensen@mt.gov
>
> KATHLEEN L. SMITHGALL
> CONSOVOY MCCARTHY PLLC
> 1600 Wilson Boulevard, Suite 700
> Arlington, VA 22209
> (703) 243-9423
> katie@consovoymccarthy.com

5

>Tyler Green*
>Consovoy McCarthy PLLC
>222 S. Main Street, 5th Floor
>Salt Lake City, UT 84101
>Phone: 703-243-9423
>tyler@consovoymccarthy.com
>  *Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated:  January 2, 2024          /s/   *Peter M. Torstensen, Jr.*
                                 PETER M. TORSTENSEN, JR.