Natasha Prinzing Jones
BOONE KARLBERG P.C.
201 West Main Street, Suite 300
Missoula, MT 59807
(406) 543-6646
npjones@boonekarlberg.com

*Attorney for Plaintiffs*

Rob Cameron
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com

*Attorney for Consolidated Plaintiff*

*(additional counsel listed on signature page)*

Christian B. Corrigan
 *Solicitor General*
Peter M. Torstensen, Jr.
 *Deputy Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, MT 59620
(406) 444-2026
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>　　　　　　*Plaintiffs,*<br>and<br><br>TIKTOK INC.,<br><br>　　　　　*Consolidated Plaintiff,*<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana,*<br><br>　　　　　　*Defendant.* | CV 23-56-M-DWM<br>CV 23-61-M-DWM<br><br>**JOINT STATUS REPORT** |

The parties, through their respective counsel, jointly file this status report pursuant to the Court's Order dated May 15, 2024. Dkt. No. 135.

On May 15, 2024, this Court, at the joint request of the parties, stayed this case pending resolution of Consolidated Plaintiff TikTok Inc.'s petition for review in the D.C. Circuit (Case No. 24-1113) of the Foreign Adversary Controlled Applications Act, Pub. L. No. 118-50, div. H, 138 Stat. 895, 955-60 (2024) (the "Act"). Dkt. No. 135. The Court directed the parties to file a status report within 30 days of the final adjudication of the D.C. Circuit action. *Id.*

On January 17, 2025, the Supreme Court affirmed the D.C. Circuit's decision upholding the Act as constitutional, marking the final adjudication of Consolidated Plaintiff TikTok Inc.'s petition for review. Dkt. No. 136-1.

On January 20, 2025, President Trump signed an Executive Order directing his Attorney General not to take any action on behalf of the United States to enforce the Act for 75 days in order to permit his Administration an opportunity to determine the appropriate course of action with respect to TikTok. Dkt. No. 136-2.

On February 6, 2025, the parties filed a joint motion to extend the stay of proceedings in this case, pending the President's determination of an appropriate course of action with respect to TikTok. Dkt. No. 136.

On February 11, 2025, the Court of Appeals extended the stay of proceedings in the Ninth Circuit until May 12, 2025. Dkt. No. 137.

The parties' joint motion to extend the stay in this Court, Dkt. No. 136, is pending. For the reasons stated in that motion, the parties respectfully submit that a further stay of proceedings is appropriate.

DATED this 18th day of February, 2025.

*/s/ Natasha Prinzing Jones*
Natasha Prinzing Jones
BOONE KARLBERG P.C.
201 West Main Street, Suite 300
Missoula, MT 59807
(406) 543-6646
npjones@boonekarlberg.com

Ambika Kumar*
Tim Cunningham*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 330
Seattle, WA 98104-1610
(206) 662-3150
ambikakumar@dwt.com
timcunningham@dwt.com
*admitted pro hac vice

*Attorneys for Plaintiffs Samantha Alario, Heather DiRocco, Carly Ann Goddard, Alice Held, and Dale Stout*

*/s/ Rob Cameron*
Rob Cameron
JACKSON, MURDO GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com

Christian B. Corrigan
 *Solicitor General*

*/s/ Peter M. Torstensen, Jr.*
Peter M. Torstensen, Jr.
 *Deputy Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, MT 59620
(406) 444-2026
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Attorneys for Defendant*

3

Alexander A. Berengaut*
Megan A. Crowley*
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
aberengaut@cov.com
mcrowley@cov.com
*admitted pro hac vice

*Attorneys for Consolidated Plaintiff
TikTok Inc.*