Natasha Prinzing Jones
BOONE KARLBERG P.C.
201 West Main Street, Suite 300
Missoula, MT 59807
(406) 543-6646
npjones@boonekarlberg.com

*Attorney for Plaintiffs*

Rob Cameron
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com

*Attorney for Consolidated Plaintiff*

Christian B. Corrigan
 *Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
 P.O. Box 201401
Helena, MT 59620
(406) 444-2026
christian.corrigan@mt.gov

*Attorney for Defendant*

(additional counsel listed on signature page)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., <br><br> *Plaintiffs,* <br> and <br><br> TIKTOK INC., <br><br> *Consolidated Plaintiff,* <br><br> v. <br><br> AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana,* <br><br> *Defendant.* | CV 23-56-M-DWM <br> CV 23-61-M-DWM <br><br> **JOINT STIPULATION OF DISMISSAL** |

WHEREAS, the complaints for injunctive and declaratory relief filed in the above-captioned consolidated matters challenge the constitutionality of Montana SB 419, "An Act Banning TikTok in Montana;"

WHEREAS, Section 4 of SB 419 states, "[This act] is void if tiktok is acquired by or sold to a company that is not incorporated in any other country designated as a foreign adversary in 15 C.F.R. 7.4 at the time tiktok is sold or acquired;"

WHEREAS, all parties agree that SB 419 is void because Section 4 has been triggered as a result of the transaction described in President Trump's Executive Order 14352, "Saving TikTok While Protecting National Security," 90 Fed. Reg. 47219 (Sept. 25, 2025):

IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned consolidated matters be voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs.

DATED this 20th day of February, 2026.

| | |
|---|---|
| */s/ Natasha Prinzing Jones* | */s/ Christian B. Corrigan* |
| Natasha Prinzing Jones | Christian B. Corrigan |
| BOONE KARLBERG P.C. | *Solicitor General* |
| 201 West Main Street, Suite 300 | MONTANA DEPARTMENT OF JUSTICE |
| Missoula, MT 59807 | P.O. Box 201401 |

(406) 543-6646
npjones@boonekarlberg.com

Ambika Kumar*
Tim Cunningham*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 330
Seattle, WA 98104-1610
(206) 662-3150
ambikakumar@dwt.com
timcunningham@dwt.com
*admitted pro hac vice

*Attorneys for Plaintiffs Samantha Alario, Heather DiRocco, Carly Ann Goddard, Alice Held, and Dale Stout*

/s/ Rob Cameron
Rob Cameron
JACKSON, MURDO GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com

Alexander A. Berengaut*
Megan A. Crowley*
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
aberengaut@cov.com
mcrowley@cov.com
*admitted pro hac vice

*Attorneys for Consolidated Plaintiff TikTok Inc.*

Helena, MT 59620
(406) 444-2026
christian.corrigan@mt.gov

*Attorney for Defendant*

3