IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., | Lead Case No. |
| Plaintiffs, | CV 23–56–M–DWM |
| and | Member Case No. |
| TIKTOK INC., | CV 23–61–M–DWM |
| Consolidated Plaintiff, | ORDER |
| vs. | |
| AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana, | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii),

IT IS ORDERED that the above-captioned cause is DISMISSED, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 23rd day of February, 2026.

Donald W. Molloy, District Judge
United States District Court